**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NANCY COTTON<br>723 G Street, NE<br>Washington, DC 20002<br><br>        Plaintiff,<br><br>vs.<br><br><br>GRUNLEY CONSTRUCTION CO., INC.<br>15020 Shady Grove Road, Suite 500<br>Rockville, MD 20850<br><br>SINGLETON ELECTRIC CO., INC.<br>8940 Bradmoor Drive<br>Bethesda, MD 20034<br><br>        Defendants. | Civil Action No: |

## <u>COMPLAINT</u>

      This is a personal injury claim brought by Plaintiff Nancy Cotton by and through her attorney, Ron Simon and Simon & Associates, against out of state Defendants Grunley Construction Co., Inc., and Singleton Electric Co., Inc., to recover compensation for damages and injuries suffered by Ms. Cotton above $75,000, as a result of the negligence of Defendants.

## JURISDICTION/PARTIES

1.      Jurisdiction in this case is based on diversity of citizenship of the parties and the amount in controversy pursuant to 28 U.S.C. § 1332 (2006).  The parties to the action are citizens of different states.  The amount in controversy exceeds $75,000, exclusive of interest and costs.

2.      The incident in question took place at the National Archives Building in the District of Columbia.

3.      Defendant Grunley Construction Co., Inc., is a company incorporated in the state of Maryland with its principal office residing at 15020 Shady Grove Road, Suite 500, Rockville, MD  20850.

4.      Defendant Singleton Electric Co., Inc., is a company incorporated in the state of Delaware with its principal office residing at 8940 Bradmoor Drive, Bethesda, MD 20034.

5.      Plaintiff Nancy Cotton is a resident of the District of Columbia.

## FACTS

6.      Plaintiff was employed at the National Archives Building where Defendants Grunley Construction Co., Inc., and Singleton Electric Co., Inc., were doing construction work on July 26, 2005.

7.      At approximately 2:35 p.m. Plaintiff received a shock when she touched a door she was opening in location 19E1 and was burned by the sparks on the top of her head. Investigation determined that a current from a live wire above the door was running through the door.

8.    Plaintiff called the National Archives Building Security and reported the incident to Lieutenant McCall at approximately 2:35 p.m.

9.    Plaintiff reported to the nurse's office for further treatment immediately after incident was reported to security.

10.    At approximately 2:50 p.m. the existing wires in the location 19E1 were removed by individuals from the National Archives Building facilities.

11.    As a result of the electrocution, the Plaintiff has continuously suffered from both physical and emotion problems that have rendered her unable to work and have severely interfered with her personal life.

12.    The above injury resulted from the negligence of Defendants.

## COUNT I

### Negligence

13.    The Plaintiff hereby incorporates and adopts by reference herein each and every allegation of fact contained in paragraph one (1) through twelve (12) above and further alleges that the Defendants had a duty of reasonable care to properly install all live wires so that they would not be exposed, and to maintain the wires so that they would not be exposed or in proximity to other objects and/or persons in the area.

14.    These actions and failures to maintain appropriate wire conditions while under construction on the part of each Defendant constituted total disregard for the rights and safety of others.

15.    As a sole and proximate result of the negligence of Defendants and each of them as aforementioned, the Plaintiff suffered electrocution, with all of its serious, painful and permanent physical and mental effects and damages.  Plaintiff is and will in the future be

3

precluded from pursuing her normal daily activities and pursuits, has incurred substantial

medical and other expenses, her earning capacity has been permanently impaired, she has

and will in the future lose wages, and her quality of life has been substantially reduced.

All of the injuries and damages complained of were caused solely and proximately by the

negligence of the Defendants, their agents, servants or employees, individually, jointly

and/or concurrently, as aforesaid, without any negligence on the part of the Plaintiff

contributing thereto.

### **Prayer for Relief**

WHEREFORE, Plaintiff, Ms. Cotton, respectfully requests that this Court grants

the following relief:

(a) Damages in the amount of $1,000,000.00; and

(b) Such other orders and further relief as this Court deems just and equitable

under the circumstances of this case.

### **Jury Demand**

Plaintiff demands a trial by jury for all the issues so triable.

Dated: May 24, 2007

NANCY COTTON

By:_____

Ronald Simon (D.C. Bar No. 945238)
**SIMON & ASSOCIATES**
1707 N St, NW
Washington, DC 20036
Telephone: (202) 429-0094
Facsimile: (202) 429-0075

Counsel for Plaintiff, Nancy Cotton

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was mailed postage prepaid this _24th_ day of May 2007, to the following:

**GRUNLEY CONSTRUCTION CO., INC.**
**15020 Shady Grove Road, Suite 500**
**Rockville, MD  20850**

**SINGLETON ELECTRIC CO., INC.**
**8940 Bradmoor Drive**
**Bethesda, MD  20034**


Ronald Simon (D.C. Bar No. 945238)
**SIMON & ASSOCIATES**
1707 N St, NW
Washington, DC 20036
Telephone: (202) 429-0094
Facsimile: (202) 429-0075

Counsel for Plaintiff, Nancy Cotton

# CIVIL COVER SHEET

| **I (a) PLAINTIFFS** | **DEFENDANTS** |
|---|---|
| Nancy Cotton | Grunley Construction Co., Inc. Singleton Electric Co., Inc. |

| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____ (EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____ (IN U.S. PLAINTIFF CASES ONLY) NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
|---|---|

| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |
|---|---|
| Simon & Associates 1707 N St, NW Washington, DC  20036 (202) 4290-0094 | |

## II.  BASIS OF JURISDICTION

(PLACE AN x IN ONE BOX ONLY)

○ 1. U.S. Government Plaintiff

○ 3 Federal Question (U.S. Government Not a Party)

○ 2 U.S. Government Defendant

⊙ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ⊙ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ⊙ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV.  CASE ASSIGNMENT AND NATURE OF SUIT

(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

○ **A.  Antitrust**

☐ 410 Antitrust

⊙ **B.  Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☒ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

○ **C.  Administrative Agency Review**

☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

○ **D.  Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

---

○ **E.  General Civil (Other)**          **OR**          ○ **F.  Pro Se General Civil**

Real Property
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

Personal Property
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

Bankruptcy
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

Property Rights
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

Federal Tax Suits
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

Other Statutes
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/* 2255 | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted<br>Student Loans<br>(excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting &<br>Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights<br>Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-<br>Employment<br>☐ 446 Americans w/Disabilities-<br>Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment &<br>Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of<br>Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting<br>(if Voting Rights Act) |

## V. ORIGIN

◉ 1 Original Proceeding  ○ 2 Removed from State Court  ○ 3 Remanded from Appellate Court  ○ 4 Reinstated or Reopened  ○ 5 Transferred from another district (specify)  ○ 6 Multi district Litigation  ○ 7 Appeal to District Judge from Mag. Judge

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

28 U.S.C. § 1332 (2006), Negligence

## VII. REQUESTED IN COMPLAINT

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ 1,000,000.00   Check YES only if demanded in complaint
JURY DEMAND:   YES ☒   NO ☐

## VIII. RELATED CASE(S) IF ANY

(See instruction)   YES ☐   NO ☒   If yes, please complete related case form.

DATE  May 24, 2007      SIGNATURE OF ATTORNEY OF RECORD

---

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The **JS-44** civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.