## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Plaintiff's Answers and Responses to Defendant Grunley Construction Co., Inc.'s First Set of Interrogatories and Request for Production of Documents was mailed, postage prepaid, this _____ day of July 2007 to:

Paul R. Pearson, Esq.
Law Offices of Roger S. Mackey
14008 Parkeast Circle
Chantilly, VA  20151
Counsel for Grunley Construction Co., Inc.

Singleton Electric Co., Inc.
8940 Bradmoor Drive
Bethesda, MD  20034
&
7860 Cessna Avenue
Gaithersburg, MD  20879



_____
Ron Simon, Esq.
D.C. Bar No. 945238
Simon & Associates
1707 N Street, NW
Washington, DC  20036
(202) 429-0094
(202) 429-0075 (fax)
Counsel for Plaintiff