**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**CIVIL DIVISION**

| | | |
|---|---|---|
| Nancy Cotton | * | |
| Plaintiff | * | Civil Action No. |
| v. | * | 1:07-cv-00971 |
| Grunley Construction Co., Inc., et al. | * | |
| Defendants | * | |

## ANSWER OF DEFENDANT SINGLETON ELECTRIC CO.

Defendant, SINGLETON ELECTRIC CO., by its attorneys Jacquelyn Kramer, and the Law Offices of Guido Porcarelli, hereby answers the Complaint previously filed by Plaintiff, Nancy Cotton and states as follows:

1.      Defendant, Singleton Electric Co., Inc. admits to this allegation.

2.      Defendant does not have enough information to either admit or deny, so the allegation is denied.

3.      Defendant does not have enough information to either admit or deny, so the allegation is denied.

4.      Defendant, Singleton Electric Co., Inc. admits to this allegation.

5.      Defendant, Singleton Electric Co., Inc. admits to this allegation.

6.      Defendant does not have enough information to either admit or deny, so the allegation is denied.

7.      Defendant does not have enough information to either admit or deny, so the allegation is denied.

8.    Defendant does not have enough information to either admit or deny, so the allegation is denied.

9.    Defendant does not have enough information to either admit or deny, so the allegation is denied.

10.    Defendant does not have enough information to either admit or deny, so the allegation is denied.

11.    Defendant, Singleton Electric Co., Inc. denies this allegation.

12.    Defendant, Singleton Electric Co., Inc. denies this allegation.

13.    Defendant, Singleton Electric Co., Inc. denies this allegation.

14.    Defendant, Singleton Electric Co., Inc. denies this allegation.

15.    Defendant, Singleton Electric Co., Inc. denies this allegation.

## FIRST DEFENSE

The Complaint fails to state a claim against this Defendant upon which relief can be granted.

## SECOND DEFENSE

The Defendant generally denies all liability and all averments of fact contained within the Complaint in each and every count therein and demands strict proof thereof.

## THIRD DEFENSE

The Plaintiff is barred from recovery in this action on the grounds of assumption of risk.

## FOURTH DEFENSE

The Plaintiff is barred from recovery in this action on the grounds of contributory negligence.

## FIFTH DEFENSE

The Plaintiff's claim is barred by the applicable Statute of Limitations.

## SIXTH DEFENSE

The Plaintiff is barred from recovery in this action on the grounds of accord and satisfaction.

## SEVENTH DEFENSE

The Plaintiff is barred from recovery in this action on the grounds of collateral estoppel.

## EIGHT DEFENSE

The Plaintiff's injuries, losses and damages, if any, were caused in whole or in part by individuals and/or entities over whom this Defendant had no control or right of control.

## NINTH DEFENSE

The Plaintiff's injuries, losses and damages, if any, resulted from or were caused by intervening or superseding causes not attributable to this Defendant.

## TENTH DEFENSE

The Court lacks jurisdiction over this Defendant.

## ELEVENTH DEFENSE

This Defendant herein reserves the right to adopt and/or assert any such other and further defenses which may be revealed by subsequent investigation and/or discovery.

**WHEREFORE**, having fully answered the Complaint, Defendant Singleton Electric Co., Inc. respectfully requests that the above captioned case be dismissed with prejudice with costs assessed against Plaintiff.

__/s/ Jacquelyn Kramer_____
Jacquelyn Kramer, Esquire
DC Federal # 11147
Law Offices of Guido Porcarelli
200 International Circle, Suite 1500
Hunt Valley, Maryland 21030
(410) 568-2874
Attorney for Singleton Electric Co. Inc.

### REQUEST FOR JURY TRIAL

Defendant, Singleton Electric Co. Inc.  respectfully requests that this case be tried before a jury.

___/s/ Jacquelyn Kramer_____
Jacquelyn M. Kramer, Esquire

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this __13__ day of July, 2007, a copy of the foregoing Answer to Complaint was mailed first-class, postage prepaid, to:

Ronald Simon, Esquire
SIMON & ASSOCIATES
1707 N Street, NW
Washington, DC  20036
202-429-0094
Attorney for Nancy Cotton

Paul Pearson, Esquire
Law Offices of Roger S. Mackey
14008 Park East Circle
Chantilly,  VA  20151

_/s/ Jacquelyn Kramer_____
Jacquelyn Kramer, Esquire