UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY COTTON )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GRUNLEY CONSTRUCTION CO., )<br>INC., et al. )<br>)<br>Defendants. )<br>) | Case No. 1:07-cv-00971<br>Judge Reggie B. Walton |

AFFIDAVIT OF SERVICE BY REGISTERED/CERTIFIED MAIL

I, Shannon Casucci, under oath do hereby state the following:
I am not a party to the above captioned action.
That I am over 18 years of age and that I was born on September 29, 1984.
My business address is 1707 N Street, NW, Washington, DC 20036.
That a copy of the Summons and Complaint was mailed by the affiant to defendant, Grunley Construction Co., Inc., 15020 Shady Grove Road, Suite 500, Rockville, MD 20850 by registered/certified mail.

That the return receipt attached hereto was signed by a person of suitable age and discretion. The said receipt shows the postmark date as May 25, 2007.

_____
Shannon Casucci

SUBSCRIBED and SWORN to before me this 13th day of July 2007.

_____
Notary Public

My Commission Expires: Leslie P. Kim
Notary Public, District of Columbia
My Commission Expires 8-31-2009

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Grunley Construction Co., Inc.
   15020 Shady Grove Rd
   Suite 500
   Rockville, MD 20850

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]  ☒ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   D. Smith                      5-25-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. 7004 2510 0003 1033 4445

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540