UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CIVIL DIVISION

| | | |
|---|---|---|
| Nancy Cotton | * | |
| Plaintiff | * | Civil Action No. |
| v. | * | 1:07-cv-00971 |
| Grunley Construction Co., Inc., et al. | * | |
| Defendants | * | |

**CONSENT MOTION TO POSTPONE SCHEDULING CONFERENCE**

Defendant, SINGLETON ELECTRIC CO., by its attorneys Jacquelyn Kramer, and the Law Offices of Guido Porcarelli, files this Consent Motion to Postpone the Scheduling Conference, and in support thereof, states:

1. The initial scheduling conference is set for August 1, 2007 at 9:00 a.m.

2. Counsel for Defendant Singleton Electric Co., Inc., is scheduled to appear for mediation in the matter of Smith v. Harlou, Inc., et al, Superior Court of the District of Columbia Case No. 2006 CA 007660 B on that same day.  (See attached Exhibit A.).

3. All counsel agree to the postponement of the scheduling conference and have agreed on two alternative dates of September 12 or September 21, 2007 at 9:00 a.m.

WHEREFORE, having set forth good reasons above, Defendant respectfully requests this Honorable Court postpone the scheduling conference set for August 1, 2007.

    _/s/ Jacquelyn Kramer_____
Jacquelyn Kramer, Esquire
DC Federal # 11147
Law Offices of Guido Porcarelli
200 International Circle, Suite 1500
Hunt Valley, Maryland 21030
(410) 568-2874
Attorney for Singleton Electric Co. Inc.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this __18_ day of July, 2007, a copy of the foregoing Consent Motion to Postpone Scheduling Conference was sent, via electronic mail, to:

Ronald Simon, Esquire
SIMON & ASSOCIATES
1707 N Street, NW
Washington, DC  20036
202-429-0094
Attorney for Nancy Cotton

Paul Pearson, Esquire
Law Offices of Roger S. Mackey
14008 Park East Circle
Chantilly,  VA  20151

    _/s/ Jacquelyn Kramer_____
Jacquelyn Kramer, Esquire

THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division
500 Indiana Avenue, NW
Washington, D.C. 20001

May 21, 2007

CASE NUMBER: 2006 CA 007660 B
CASE NAME: MARK A. SMITH Vs. HARLOU, INC et al
**MEDIATION: August 01, 2007 at 9:00 am**
**CSS Return Date: No later than 30 days prior to mediation**
Check-in time for 9:00am cases is 8:45am
Check-in time for 11:00am cases is 10:45am

### NOTICE TO APPEAR FOR MEDIATION AND SUBMIT CSS FORM

The case referenced above is scheduled for an ADR session at the date and time shown. The Confidential Settlement Statement for this case is <u>due</u> no later than 30 days prior to the mediation date. The CSS can be returned by e-mail to CivilCSS@dcsc.gov. To reschedule this mediation: If your request for a continuance is *by consent* of all parties and made *30 days or more in advance* of the mediation date, please contact the Civil Case Management Office (202-879-1751). If you wish to reschedule *within 30 days* of the mediation date, you must file a motion for a continuance with the calendar judge. Attorneys receiving this notice are deemed counsel of record. If you receive this notice in error contact the Civil Actions Branch (202-879-1133). For additional instructions review the Mediation and Case Evaluation procedures received at the scheduling conference, also located on the Superior Court's website (www.dccourts.gov/dccourts/superior/multi/civil.jsp) or contact the Multi-Door Dispute Resolution Division at 202-879-1557.

**REPORT TO:**   Multi-Door Dispute Resolution Division Mediation Center
515 5th Street, NW; Room #104, 1st Floor
Washington, D.C. 20001
Mediation Center phone: 202-879-2885 (day of mediation only)

EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CIVIL DIVISION

| | | |
|---|---|---|
| Nancy Cotton | * | |
| Plaintiff | * | Civil Action No. |
| v. | * | 1:07-cv-00971 |
| Grunley Construction Co., Inc., et al. | * | |
| Defendants | * | |

### ORDER

UPON consideration of Defendant's Consent Motion to Postpone the Scheduling Conference set for August 1, 2007, it is this _____ day of _____, 2007,

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the Scheduling Conference will be rescheduled for September _____, 2007.

_____
Judge