UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY COTTON<br><br>    Plaintiff,<br><br>v.<br><br>GRUNLEY CONSTRUCTION CO.,<br>INC., et al.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 1:07-cv-00971<br>)   Judge Reggie B. Walton |

<u>CONSENT MOTION TO POSTPONE SCHEDULING CONFERENCE</u>

Plaintiff, NANCY COTTON, by her attorney, Ron Simon, files this Consent Motion to Postpone the Scheduling Conference, and in support thereof, states:

1.      The initial scheduling conference is set for September 12, 2007 at 9:15 a.m.

2.      Counsel for Plaintiff is scheduled to appear at a Case Management Conference in the matter of Jeanette Lewis, et al., vs. Airco, Inc., et al., Superior Court of New Jersey Law Division:  Essex County Docket No. ESX-L-10503-02 on that same day.  (<u>See</u> attached Exhibit A).

3.      All counsel agree to the postponement of the scheduling conference and have agreed on two alternative dates of September 20, 2007 (preferred), or September 21, 2007 at 9:00 a.m.

WHEREFORE, having set forth good reasons above, Plaintiff respectfully requests this Honorable Court postpone the scheduling conference set for September 12, 2007.

_____
Ron Simon
DC Bar # 945238
Simon & Associates
1707 N Street, NW
Washington, DC  20036
(202) 429-0094
*Attorney for Nancy E. Cotton*

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this _____ day of August, 2007, a copy of the foregoing Consent Motion to Postpone Scheduling Conference was sent, via electronic mail, to:

Paul Pearson, Esq.
Law Offices of Roger S. Mackey
14008 Park East Circle
Chantilly, VA  20151
*Attorney for Grunley Construction Co., Inc.*

Jacquelyn Kramer, Esq.
Law Offices of Guido Porcarelli
200 International Circle, Suite 1500
Hunt Valley, MD  21030
*Attorney for Singleton Electric Co., Inc.*


_____
Ron Simon

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NANCY COTTON | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | Case No. 1:07-cv-00971 |
| v. | ) | Judge Reggie B. Walton |
| | ) | |
| GRUNLEY CONSTRUCTION CO., | ) | |
| INC., et al. | ) | |
| | ) | |
|     Defendants. | ) | |
| | ) | |

<u>ORDER</u>

UPON consideration of Plaintiff's Consent Motion to Postpone the Scheduling Conference set for September 12, 2007, it is this _____ day of _____, 2007,

    **ORDERED** that the Motion is **GRANTED**; and it is further
    **ORDERED** that the Scheduling Conference will be rescheduled for September _____, 2007.


_____
Judge

# EXHIBIT A



JUL 1 1 2007

THEODORE A. WINARD, J.S.C.

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION: ESSEX COUNTY
Docket No. ESX-L-10503-02

JEANETTE LEWIS, et al.,

           Plaintiffs,

vs.

AIRCO, INC., et al.,
SUPPLEMENTAL

           Defendants.

Civil Action

**SECOND AMENDATORY AND
ORDER TO CASE MANAGEMENT
ORDER V DATED OCTOBER 24, 2006**

It is on this _11th_ day of July, 2007, ORDERED that the following dates shall govern the balance of this case:

**September _12_, 2007:**    Case management conference at _9:00_ _A_.m. at which time dates for dispositive motions, the Rule 104 hearings, pre-trial submissions, and motions in limine will be set.

**January 7, 2008: ✳**    Trial @ 9:00 a.m.

                          Hon. Theodore A. Winard, J.S.C.
                          THEODORE A. WINARD, J.S.C.

✳ subject to entry of a case management order to the extent subsequent hereto.

15418/2
07/05/2007 2191406.01