UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CIVIL DIVISION

| | | |
|---|---|---|
| Nancy Cotton | * | |
| Plaintiff | * | Civil Action No. |
| v. | * | 1:07-cv-00971 |
| Grunley Construction Co., Inc., et al. | * | |
| Defendants | * | |

**CROSS-CLAIM**

Now come the Defendant/Cross-Plaintiff, Singleton Electric Company, Inc., by and through its attorneys Jacquelyn M. Kramer and the Law Offices of Guido Porcarelli, and bring this Cross-Claim against the Co-Defendant/Cross-Defendant, Grunley Construction Co., Inc., and for reasons state as follows:

1.  That the Plaintiff has filed a Complaint in which she claims to have been injured and damaged as a result of the negligence of the Defendant, Singleton Electric Company, Inc., as is more particularly set forth in the Plaintiff's Complaint filed herein.

2.  The Defendant and Cross-Plaintiff, Singleton Electric Company, Inc., has filed an Answer To Complaint denying that it was negligent or that it was otherwise liable to the Plaintiff.

3.  The alleged injuries and damages sustained by the Plaintiff were solely caused by the negligence and want of due care on the part of the Defendant and Cross-

Defendant, Grunley Construction Co., Inc., without any negligence or want of due care on the part of the Defendant and Cross-Plaintiff, Singleton Electric Company, Inc., contributing thereto.

WHEREFORE, the Defendant and Cross-Plaintiff, Singleton Electric Company, Inc., claims that in the event there is a judgment rendered in favor of the Plaintiff against the Defendant and Cross-Plaintiff, that the Defendant and Cross-Plaintiff shall be indemnified and awarded judgment in a similar amount against the Defendant and Cross-Defendant, Grunley Construction Co., Inc.; or in the alternative, awarded a judgment for contribution from the Defendant and Cross-Defendant, Grunley Construction Co., Inc.

  /s/ Jacquelyn Kramer
Jacquelyn Kramer, Esquire
DC Federal # 11147
Law Offices of Guido Porcarelli
200 International Circle, Suite 1500
Hunt Valley, Maryland 21030
(410) 568-2874
Attorney for Singleton Electric Co. Inc.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this __8th_ day of August, 2007, a copy of the foregoing Cross-Claim was sent, via electronic mail, to:

Ronald Simon, Esquire
SIMON & ASSOCIATES
1707 N Street, NW
Washington, DC  20036
202-429-0094
Attorney for Nancy Cotton

Paul Pearson, Esquire
Law Offices of Roger S. Mackey
14008 Park East Circle
Chantilly,  VA  20151
Attorney for Grunley Construction Co., Inc.

_/s/ Jacquelyn Kramer_____
Jacquelyn Kramer, Esquire