UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY COTTON | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.  1:07-cv-00971 |
| v. | ) Judge Reggie B. Walton |
| | ) |
| GRUNLEY CONSTRUCTION CO., | ) |
| INC., et al. | ) |
| | ) |
| Defendants. | ) |

## ANSWER TO CROSS-CLAIM

COMES NOW your Defendant/Cross-Defendant, Grunley Construction Co., Inc., by and through counsel, and as and for its Answer to the Cross-Claim previously filed by the Cross-Plaintiff, Singleton Electric Co. Inc., states the following:

1.    In response to paragraphs 1 and 2 of said Cross-Claim, your Cross-Defendant admits that those allegations and denials have been made by the respective parties.

2.    Those allegations contained in paragraph 3 of said Cross-Claim are denied and strict proof demanded thereof.

WHEREFORE, having fully answered, your Defendant/Cross-Defendant, Grunley Construction Co., Inc., moves this Honorable Court to dismiss the Cross-Claim filed against it herein and for such other and further relief as this court may deem appropriate.

Respectfully Submitted,

/S/ Paul R. Pearson, Esquire
Paul R. Pearson, Esquire
D.C. Bar No. 386823
Law Offices of Roger S. Mackey
14008 Parkeast Circle
Chantilly, VA 20151
(703) 818-6925
(703) 818-6931 (facsimile)
Paul.R.Pearson@travelers.com
Counsel for Grunley Construction Co., Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Answer to Cross-Claim was served via e-mail and/or first class mail this 13th day of August 2007 on:

Ronald Simon, Esquire
Simon & Associates
1707 N Street, N.W.
Washington, D.C. 20036
Counsel for Plaintiff

Jacqueline Kramer, Esquire
Law Offices of Guido Porcarelli
200 International Circle, Suite 1500
Hunt Valley, MD 21030
Counsel for Singleton Electric Co., Inc.

/S/ Paul R. Pearson, Esquire
Paul R. Pearson, Esquire

2