UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY COTTON ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:07-cv-00971 |
| v. ) | Judge Reggie B. Walton |
| ) | |
| GRUNLEY CONSTRUCTION CO., ) | |
| INC., et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## CERTIFICATE OF DISCOVERY

I HEREBY CERTIFY that on the 20th day of August, 2007, a copy of Plaintiff's First Set of Interrogatories and Request for Production of Documents to Defendant Grunley Construction Co., Inc. and a copy of Plaintiff's First Set of Interrogatories and Request for Production of Documents to Defendant Singleton Electric Co., Inc. were mailed via first class mail, postage prepaid to:

Paul Pearson, Esq.
Law Offices of Roger S. Mackey
14008 Park East Circle
Chantilly, VA 20151
*Attorney for Grunley Construction Co., Inc.*

Jacquelyn Kramer, Esq.
Law Offices of Guido Porcarelli
200 International Circle, Suite 1500
Hunt Valley, MD 21030
*Attorney for Singleton Electric Co., Inc.*

Respectfully submitted,

_____
Ron Simon (DC Bar #945238)
SIMON & ASSOCIATES
1707 N Street, N.W.
Washington, D.C. 20036
(202) 429-0094
Counsel for the Plaintiff

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that copies of Plaintiff's First Set of Interrogatories and Request for Production of Documents to Defendants Grunley Construction Co., Inc. and Singleton Electric Co., Inc. and Certificate of Discovery were sent first class mail this _____ day of August, 2007 to:

Paul Pearson, Esq.
Law Offices of Roger S. Mackey
14008 Park East Circle
Chantilly, VA 20151
*Attorney for Grunley Construction Co., Inc.*

Jacquelyn Kramer, Esq.
Law Offices of Guido Porcarelli
200 International Circle, Suite 1500
Hunt Valley, MD 21030
*Attorney for Singleton Electric Co., Inc.*

_____
Ron Simon, Esq.