UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY COTTON )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>GRUNLEY CONSTRUCTION CO., )<br>INC., et al. )<br>)<br>  Defendants. )<br>) | Case No. 1:07-cv-00971<br>Judge Reggie B. Walton |

## CONSENT MOTION TO POSTPONE SCHEDULING CONFERENCE

Plaintiff, NANCY COTTON, by her attorney, Ron Simon, files this Consent Motion to Postpone the Scheduling Conference, and in support thereof, states:

1. The initial scheduling conference is set for October 19, 2007 at 10:00 a.m.

2. Counsel for Plaintiff will not be in the District of Columbia Metro Region on October 19, 2007.

3. All counsel agree to the postponement of the scheduling conference and have agreed on the alternative date of December 7, 2007 at 9:00 a.m.

This need to reschedule will not delay the proceedings in this action, for the parties have already commenced discovery and have created and agreed upon the attached Report of Parties' Planning Meeting.

WHEREFORE, having set forth good reasons above, Plaintiff respectfully requests this Honorable Court postpone the scheduling conference set for October 19, 2007.

_____
Ron Simon
DC Bar # 945238
Simon & Associates
1707 N Street, NW
Washington, DC 20036
(202) 429-0094
*Attorney for Nancy E. Cotton*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this \_\_1st\_\_ day of October, 2007, a copy of the foregoing Consent Motion to Postpone Scheduling Conference was sent, via electronic mail, to:

Paul Pearson, Esq.
Law Offices of Roger S. Mackey
14008 Park East Circle
Chantilly, VA  20151
*Attorney for Grunley Construction Co., Inc.*

Jacquelyn Kramer, Esq.
Law Offices of Guido Porcarelli
200 International Circle, Suite 1500
Hunt Valley, MD  21030
*Attorney for Singleton Electric Co., Inc.*

_____
Ron Simon

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NANCY COTTON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:07-cv-00971 |
| v. | ) | Judge Reggie B. Walton |
| | ) | |
| GRUNLEY CONSTRUCTION CO., | ) | |
| INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

ORDER

UPON consideration of Plaintiff's Consent Motion to Postpone the Scheduling Conference set for October 19, 2007, it is this _____ day of _____, 2007,

**ORDERED** that the Motion is **GRANTED**; and it is further
**ORDERED** that the Scheduling Conference will be rescheduled for December _____, 2007.

_____
Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY COTTON | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:07-cv-00971 |
| v. | ) Judge Reggie B. Walton |
| | ) |
| GRUNLEY CONSTRUCTION CO., | ) |
| INC., et al. | ) |
| | ) |
| Defendants. | ) |

### REPORT OF PARTIES' PLANNING MEETING

1. Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on September 18, 2007 via telephone conference and was attended by:

Ronald Simon, Esquire, Counsel for Plaintiff

Paul R. Pearson, Esquire, counsel for Defendant

Jacquelyn Kramer, Esquire, counsel for Singleton Electric Co., Inc.

2. Pre-discovery Disclosures. The parties will exchange by October 1, 2007 the information required by Fed. R. Civ. P. 26(a)(1) and Local Rule 26 concerning initial disclosures.

3. Discovery Plan. The parties jointly propose to the Court the following discovery plan:

All discovery commenced in time to be completed by March 28, 2008.

Maximum of 30 Interrogatories by each party to any other party.

Responses due 30 days after service.

Maximum of 5 depositions by each party.

Disclosures concerning retained experts under Rule 26(a)(2) due:

From Plaintiff by January 30, 2008.

From Defendant by February 29, 2008.

Disclosures required by or the Consent Order herein regarding evidence from specially retained experts intended solely to contradict or rebut evidence due:

From Defendant by March 14, 2008.

From Plaintiff by March 14, 2008.

Final lists of witnesses and exhibits under Rule 26(a)(3) should be due:

From Plaintiff by April 15, 2008.

From Defendants by April 15, 2008.

Parties should have 10 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

4. Some portions of this case may be disposed of by dispositive motion once discovery has been completed.

5. There does not appear to be any other parties to be joined at this time or any amendments to the pleadings but some of the factual and legal issues may be narrowed following initial discovery.

6. The parties do not consent to assignment to a Magistrate Judge for all purposes.

7. There may be some possibility of settling the case following discovery.

8. The case could benefit from the court's alternative dispute resolution procedures which have been discussed by counsel with their clients although counsel believes some discovery is necessary prior to engaging in mediation.

9. The case, or some portion thereof, may be resolved by summary judgment or other dispositive motion at the conclusion of discovery. The parties suggest dispositive motions should be filed by April 15, 2008 with replies due by April 25, 2008 and decisions on said motions by May 9, 2008.

10. The parties would suggest that a Pre-Trial Conference be scheduled during the week of May 19, 2008 with the understanding that trial will be scheduled 30 to 60 days thereafter.

11. The parties believe the court should schedule the trial date at the Pre-Trial Conference. At this time it is anticipated that trial will take approximately 3 days.

Respectfully Submitted,

/s/ Ronald Simon, Esquire
Ronald Simon, Esquire
D.C. Bar No. 945238
Simon & Associates
1707 N Street, N.W.
Washington, D.C. 20036
rsimonlaw@gmail.com
Counsel for Plaintiff
Date: October 1, 2007

/s/ Jacquelyn Kramer, Esquire
Jacquelyn Kramer, Esquire
D.C. Bar No. 11147
Law Offices of Guido Porcarelli
200 International Circle, Suite 1500
Hunt Valley, MD 21030
Jacquelyn.kramer@TheHartford.com
Counsel for Singleton Electric Co., Inc.
Date: October 1, 2007

/s/ Paul R. Pearson, Esquire
Paul R. Pearson, Esquire
D.C. Bar No. 386823
Law Offices of Roger S. Mackey
14008 Parkeast Circle
Chantilly, VA 20151
(703) 818-6925
(703) 818-6931 (facsimile)
Paul.R.Pearson@travelers.com
Counsel for Grunley Construction Co., Inc.
Date: October 1, 2007