UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY COTTON )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GRUNLEY CONSTRUCTION CO., )<br>INC., et al. )<br>)<br>Defendants. )<br>) | Case No. 1:07-cv-00971<br>Judge Reggie B. Walton |

### CERTIFICATE OF DISCOVERY

I HEREBY CERTIFY that on the _____ day of November, 2007, a copy of Plaintiff's Answers and Responses to Defendant Singleton Electric Co., Inc.'s Interrogatories and Request for Production of Documents was mailed via first class mail, postage prepaid to:

Jacquelyn Kramer, Esq.
Law Offices of Guido Porcarelli
200 International Circle, Suite 1500
Hunt Valley, MD 21030
Counsel for Singleton Electric Co., Inc.

Paul R. Pearson, Esq.
Law Offices of Roger S. Mackey
14008 Parkeast Circle
Chantilly, VA 20151
Counsel for Grunley Construction Co., Inc.

_____
Ron Simon, Esq.
D.C. Bar No. 945238
Simon & Associates
1707 N Street, NW
Washington, DC 20036
(202) 429-0094
(202) 429-0075 (fax)
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Plaintiff's Answers and Responses to Defendant Singleton Electric Co., Inc.'s Interrogatories and Request for Production of Documents was mailed, postage prepaid, this 5th day of November 2007 to:

Jacquelyn Kramer, Esq.
Law Offices of Guido Porcarelli
200 International Circle, Suite 1500
Hunt Valley, MD 21030
Counsel for Singleton Electric Co., Inc.

Paul R. Pearson, Esq.
Law Offices of Roger S. Mackey
14008 Parkeast Circle
Chantilly, VA 20151
Counsel for Grunley Construction Co., Inc.

_____
Ron Simon, Esq.
D.C. Bar No. 945238
Simon & Associates
1707 N Street, NW
Washington, DC 20036
(202) 429-0094
(202) 429-0075 (fax)
Counsel for Plaintiff