IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY COTTON<br>723 G Street, NE<br>Washington, DC  20002<br><br>　　　　Plaintiff,<br><br>vs.<br><br><br>GRUNLEY CONSTRUCTION CO., INC.<br>15020 Shady Grove Road, Suite 500<br>Rockville, MD  20850<br><br>SINGLETON ELECTRIC CO., INC.<br>8940 Bradmoor Drive<br>Bethesda, MD  20034<br><br>　　　　Defendants. | Civil Action No: 1:07-cv-00971<br>The Honorable Reggie B. Walton |

## CONSENT MOTION TO AMEND COMPLAINT

COMES NOW, Plaintiff, Nancy Cotton, by and through undersigned counsel, with the consent of Paul Pearson, Esq., and Jacquelyn Kramer, Esq., counsel for Defendants, hereby requests that this Honorable Court grants leave to amend the Complaint pursuant to Fed. R. Civ. Pro. 15(a) in the above-referenced matter to add Defendant LB&B Associates, Inc.  Attached as Exhibit A is the proposed Amended Complaint.

Respectfully Submitted,

_____
Ron Simon (D.C. Bar No. 945238)
SIMON & ASSOCIATES
1707 N Street, N.W.
Washington, D.C. 20036
(202) 429-0094
Counsel for Plaintiff

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY COTTON<br>723 G Street, NE<br>Washington, DC 20002<br><br>       Plaintiff,<br><br>vs.<br><br><br>GRUNLEY CONSTRUCTION CO., INC.<br>15020 Shady Grove Road, Suite 500<br>Rockville, MD 20850<br><br>SINGLETON ELECTRIC CO., INC.<br>8940 Bradmoor Drive<br>Bethesda, MD 20034<br><br>LB&B ASSOCIATES, Inc.<br>9891 Broken Land Parkway, #400<br>Columbia, MD 21046<br><br>       Defendants. | Civil Action No: 1:07-cv-00971<br>The Honorable Reggie B. Walton |

## AMENDED COMPLAINT

This is a personal injury claim brought by Plaintiff Nancy Cotton by and through her attorney, Ron Simon and Simon & Associates, against out-of-state Defendants Grunley Construction Co., Inc., Singleton Electric Co., Inc., and LB&B Associates, Inc., to recover compensation for damages and injuries suffered by Ms. Cotton above $75,000, as a result of the negligence of Defendants.

## JURISDICTION/PARTIES

1.    Jurisdiction in this case is based on diversity of citizenship of the parties and the amount in controversy pursuant to 28 U.S.C. § 1332 (2006). The parties to the action are

citizens of different states. The amount in controversy exceeds $75,000, exclusive of interest and costs.

2. The incident in question took place at the National Archives Building in the District of Columbia.

3. Defendant Grunley Construction Co., Inc., is a company incorporated in the state of Maryland with its principal office residing at 15020 Shady Grove Road, Suite 500, Rockville, MD 20850.

4. Defendant Singleton Electric Co., Inc., is a company incorporated in the state of Delaware with its principal office residing at 8940 Bradmoor Drive, Bethesda, MD 20034.

5. Defendant LB&B Associates, Inc., is a company incorporated in the state of North Carolina with its principal office residing at 9891 Broken Land Parkway, #400, Columbia, MD 21046.

6. Plaintiff Nancy Cotton is a resident of the District of Columbia.

## FACTS

7. Plaintiff was employed at the National Archives Building where Defendants Grunley Construction Co., Inc., Singleton Electric Co., Inc., and LB&B Associates, Inc., were doing construction work on July 26, 2005.

8. At approximately 2:35 p.m. Plaintiff received a shock when she touched a door she was opening in location 19E1 and was burned by the sparks on the top of her head. Investigation determined that a current from a live wire above the door was running through the door.

9.  Plaintiff called the National Archives Building Security and reported the incident to Lieutenant McCall at approximately 2:35 p.m.

10. Plaintiff reported to the nurse's office for further treatment immediately after incident was reported to security.

11. At approximately 2:50 p.m. the existing wires in the location 19E1 were removed by individuals from the National Archives Building facilities.

12. As a result of the electrocution, the Plaintiff has continuously suffered from both physical and emotion problems that have rendered her unable to work and have severely interfered with her personal life.

13. The above injury resulted from the negligence of Defendants.

## COUNT I -NEGLIGENCE

14. The Plaintiff hereby incorporates and adopts by reference herein each and every allegation of fact contained in paragraph one (1) through twelve (12) above and further alleges that the Defendants had a duty of reasonable care to properly install all live wires so that they would not be exposed, and to maintain the wires so that they would not be exposed or in proximity to other objects and/or persons in the area.

15. These actions and failures to maintain appropriate wire conditions while under construction on the part of each Defendant constituted total disregard for the rights and safety of others.

16. As a sole and proximate result of the negligence of Defendants and each of them as aforementioned, the Plaintiff suffered electrocution, with all of its serious, painful and permanent physical and mental effects and damages. Plaintiff is and will in the future be precluded from pursuing her normal daily activities and pursuits, has incurred substantial

medical and other expenses, her earning capacity has been permanently impaired, she has and will in the future lose wages, and her quality of life has been substantially reduced. All of the injuries and damages complained of were caused solely and proximately by the negligence of the Defendants, their agents, servants or employees, individually, jointly and/or concurrently, as aforesaid, without any negligence on the part of the Plaintiff contributing thereto.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff, Ms. Cotton, respectfully requests that this Court grants the following relief:

(a) Damages in the amount of $1,000,000.00; and

(b) Such other orders and further relief as this Court deems just and equitable under the circumstances of this case.

## **JURY DEMAND**

Plaintiff demands a trial by jury for all the issues so triable.

Dated: December _____, 2007

                         NANCY COTTON

                         _____
                         Ronald Simon (D.C. Bar No. 945238)
                         SIMON & ASSOCIATES
                         1707 N St, NW
                         Washington, DC 20036
                         Telephone: (202) 429-0094
                         Facsimile: (202) 429-0075

                         Counsel for Plaintiff, Nancy Cotton

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY COTTON<br>723 G Street, NE<br>Washington, DC  20002<br><br>   Plaintiff,<br><br>vs.<br><br>GRUNLEY CONSTRUCTION CO., INC.<br>15020 Shady Grove Road, Suite 500<br>Rockville, MD  20850<br><br>SINGLETON ELECTRIC CO., INC.<br>8940 Bradmoor Drive<br>Bethesda, MD  20034<br><br>   Defendants. | Civil Action No: 1:07-cv-00971<br>The Honorable Reggie B. Walton |

## ORDER

THIS MATTER, having come before this Court pursuant to Plaintiff's Consent Motion for Amend Complaint, and it being the opinion of this Court that the motion is proper and should be granted

IT IS HEREBY ORDERED, this _____ day of _____, 2007, that Plaintiff's Motion to Amend Complaint hereby is GRANTED.

               _____
               The Honorable Reggie B. Walton
               U.S. District Court for the District of Columbia

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY COTTON<br>723 G Street, NE<br>Washington, DC  20002<br><br>    Plaintiff,<br><br>vs.<br><br><br>GRUNLEY CONSTRUCTION CO., INC.<br>15020 Shady Grove Road, Suite 500<br>Rockville, MD  20850<br><br>SINGLETON ELECTRIC CO., INC.<br>8940 Bradmoor Drive<br>Bethesda, MD  20034<br><br>    Defendants. | Civil Action No: 1:07-cv-00971<br>The Honorable Reggie B. Walton |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _14th_ day of December, 2007, a copy of Plaintiff's Consent Motion Amend Complaint was mailed first class postage prepaid to:

Paul Pearson, Esq.
Law Offices of Roger S. Mackey
14008 Park East Circle
Chantilly, VA  20151
*Attorney for Grunley Construction Co., Inc.*

Jacquelyn Kramer, Esq.
Law Offices of Guido Porcarelli
200 International Circle, Suite 1500
Hunt Valley, MD  21030
*Attorney for Singleton Elec. Co., Inc.*

_____
Ron Simon