IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY COTTON<br>723 G Street, NE<br>Washington, DC 20002<br><br>Plaintiff,<br><br>vs.<br><br>GRUNLEY CONSTRUCTION CO., INC.<br>15020 Shady Grove Road, Suite 500<br>Rockville, MD 20850<br><br>SINGLETON ELECTRIC CO., INC.<br>8940 Bradmoor Drive<br>Bethesda, MD 20034<br><br>Defendants. | Civil Action No: 1:07-cv-00971<br>The Honorable Reggie B. Walton |

## CONSENT MOTION TO POSTPONE STATUS HEARING

COMES NOW, Plaintiff, Nancy Cotton, by and through undersigned counsel, respectfully requests this Honorable Court postpone the Status Hearing currently scheduled on February 5, 2008, until February 19, 2008, and in support thereof, states,

1. The Status Hearing is currently scheduled for February 5, 2008 at 2:00 p.m.

2. Counsel for Plaintiff has a conflict with another case requiring his presence for the entire day.

3. All counsel have agreed to the postponement of the Status Hearing and the alternative date of February 19, 2008.

WHEREFORE, Plaintiff respectfully requests this Honorable Court postpone and reschedule the Status Conference for February 19, 2008.

Respectfully Submitted,

_____
Ron Simon (D.C. Bar No. 945238)
SIMON & ASSOCIATES
1707 N Street, N.W.
Washington, D.C. 20036
(202) 429-0094
Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY COTTON<br>723 G Street, NE<br>Washington, DC  20002<br><br>　　　　Plaintiff,<br><br>vs.<br><br><br>GRUNLEY CONSTRUCTION CO., INC.<br>15020 Shady Grove Road, Suite 500<br>Rockville, MD  20850<br><br>SINGLETON ELECTRIC CO., INC.<br>8940 Bradmoor Drive<br>Bethesda, MD  20034<br><br>　　　　Defendants. | Civil Action No: 1:07-cv-00971<br>The Honorable Reggie B. Walton |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __/ /__ day of January, 2008, a copy of Plaintiff's Consent Motion to Postpone Status Hearing was mailed first class postage prepaid to:

Paul Pearson, Esq.  
Law Offices of Roger S. Mackey  
14008 Park East Circle  
Chantilly, VA  20151  
*Attorney for Grunley Construction Co., Inc.*

Jacquelyn Kramer, Esq.  
Law Offices of Guido Porcarelli  
200 International Circle, Suite 1500  
Hunt Valley, MD  21030  
*Attorney for Singleton Elec. Co., Inc.*

_____
Ron Simon

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY COTTON<br>723 G Street, NE<br>Washington, DC 20002<br><br>     Plaintiff,<br><br>vs.<br><br><br>GRUNLEY CONSTRUCTION CO., INC.<br>15020 Shady Grove Road, Suite 500<br>Rockville, MD 20850<br><br>SINGLETON ELECTRIC CO., INC.<br>8940 Bradmoor Drive<br>Bethesda, MD 20034<br><br>     Defendants. | Civil Action No: 1:07-cv-00971<br>The Honorable Reggie B. Walton |

## ORDER

After consideration of the Consent Motion to Postpone Status Hearing, it is by the District Court of the District of Columbia, this _____ day of _____, 2008,

ORDERED, that the Consent Motion to Postpone Status Hearing be GRANTED, and further,

ORDERED, the Status Hearing currently scheduled for February 5, 2008, be rescheduled for February 19, 2008.

_____
Hon. Reggie B. Walton