UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NANCY COTTON                )
                            )
    Plaintiff,              )
                            )
                            )   Case No. 1:07-cv-00971
v.                          )   Judge Reggie B. Walton
                            )
GRUNLEY CONSTRUCTION CO.,   )
INC., et al.                )
                            )
                            )
    Defendants.             )
                            )

## CERTIFICATE OF DISCOVERY

I HEREBY CERTIFY that on the 28th day of January, 2008, Plaintiff's Rule 26(a)(2) Expert Disclosures were mailed via first class mail, postage prepaid to:

Paul Pearson, Esq.
Law Offices of Roger S. Mackey
14008 Park East Circle
Chantilly, VA  20151
*Attorney for Grunley Construction Co., Inc.*

Jacquelyn Kramer, Esq.
Law Offices of Guido Porcarelli
200 International Circle, Suite 1500
Hunt Valley, MD  21030
*Attorney for Singleton Electric Co., Inc.*

Respectfully submitted,

_____
Ron Simon (DC Bar #945238)
SIMON & ASSOCIATES
1707 N Street, N.W.
Washington, D.C.  20036
(202) 429-0094
Counsel for the Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NANCY COTTON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:07-cv-00971 |
| v. | ) | Judge Reggie B. Walton |
| | ) | |
| GRUNLEY CONSTRUCTION CO., INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that copies of Plaintiff's Rule 26(a)(2) Expert Disclosures were sent first class mail this 28th day of January, 2008 to:

Paul Pearson, Esq.
Law Offices of Roger S. Mackey
14008 Park East Circle
Chantilly, VA 20151
*Attorney for Grunley Construction Co., Inc.*

Jacquelyn Kramer, Esq.
Law Offices of Guido Porcarelli
200 International Circle, Suite 1500
Hunt Valley, MD 21030
*Attorney for Singleton Electric Co., Inc.*

Respectfully submitted,

_____
Ron Simon (DC Bar #945238)
SIMON & ASSOCIATES
1707 N Street, N.W.
Washington, D.C. 20036
(202) 429-0094
Counsel for the Plaintiff