IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY COTTON<br>723 G Street, NE<br>Washington, DC 20002<br><br>   Plaintiff,<br><br>vs.<br><br><br>GRUNLEY CONSTRUCTION CO., INC.<br>15020 Shady Grove Road, Suite 500<br>Rockville, MD 20850<br><br>SINGLETON ELECTRIC CO., INC.<br>8940 Bradmoor Drive<br>Bethesda, MD 20034<br><br>LB&B ASSOCIATES, Inc.<br>9891 Broken Land Parkway, #400<br>Columbia, MD 21046<br><br>   Defendants. | Civil Action No: 1:07-cv-00971<br>The Honorable Reggie B. Walton |

## AMENDED COMPLAINT

This is a personal injury claim brought by Plaintiff Nancy Cotton by and through her attorney, Ron Simon and Simon & Associates, against out-of-state Defendants Grunley Construction Co., Inc., Singleton Electric Co., Inc., and LB&B Associates, Inc., to recover compensation for damages and injuries suffered by Ms. Cotton above $75,000, as a result of the negligence of Defendants.

## JURISDICTION/PARTIES

1. Jurisdiction in this case is based on diversity of citizenship of the parties and the amount in controversy pursuant to 28 U.S.C. § 1332 (2006). The parties to the action are

1

citizens of different states. The amount in controversy exceeds $75,000, exclusive of interest and costs.

2. The incident in question took place at the National Archives Building in the District of Columbia.

3. Defendant Grunley Construction Co., Inc., is a company incorporated in the state of Maryland with its principal office residing at 15020 Shady Grove Road, Suite 500, Rockville, MD 20850.

4. Defendant Singleton Electric Co., Inc., is a company incorporated in the state of Delaware with its principal office residing at 8940 Bradmoor Drive, Bethesda, MD 20034.

5. Defendant LB&B Associates, Inc., is a company incorporated in the state of North Carolina with its principal office residing at 9891 Broken Land Parkway, #400, Columbia, MD 21046.

6. Plaintiff Nancy Cotton is a resident of the District of Columbia.

## FACTS

7. Plaintiff was employed at the National Archives Building where Defendants Grunley Construction Co., Inc., Singleton Electric Co., Inc., and LB&B Associates, Inc., were doing construction work on July 26, 2005.

8. At approximately 2:35 p.m. Plaintiff received a shock when she touched a door she was opening in location 19E1 and was burned by the sparks on the top of her head. Investigation determined that a current from a live wire above the door was running through the door.

9. Plaintiff called the National Archives Building Security and reported the incident to Lieutenant McCall at approximately 2:35 p.m.

10. Plaintiff reported to the nurse's office for further treatment immediately after incident was reported to security.

11. At approximately 2:50 p.m. the existing wires in the location 19E1 were removed by individuals from the National Archives Building facilities.

12. As a result of the electrocution, the Plaintiff has continuously suffered from both physical and emotion problems that have rendered her unable to work and have severely interfered with her personal life.

13. The above injury resulted from the negligence of Defendants.

## COUNT I -NEGLIGENCE

14. The Plaintiff hereby incorporates and adopts by reference herein each and every allegation of fact contained in paragraph one (1) through twelve (12) above and further alleges that the Defendants had a duty of reasonable care to properly install all live wires so that they would not be exposed, and to maintain the wires so that they would not be exposed or in proximity to other objects and/or persons in the area.

15. These actions and failures to maintain appropriate wire conditions while under construction on the part of each Defendant constituted total disregard for the rights and safety of others.

16. As a sole and proximate result of the negligence of Defendants and each of them as aforementioned, the Plaintiff suffered electrocution, with all of its serious, painful and permanent physical and mental effects and damages. Plaintiff is and will in the future be precluded from pursuing her normal daily activities and pursuits, has incurred substantial

medical and other expenses, her earning capacity has been permanently impaired, she has and will in the future lose wages, and her quality of life has been substantially reduced. All of the injuries and damages complained of were caused solely and proximately by the negligence of the Defendants, their agents, servants or employees, individually, jointly and/or concurrently, as aforesaid, without any negligence on the part of the Plaintiff contributing thereto.

### **Prayer for Relief**

WHEREFORE, Plaintiff, Ms. Cotton, respectfully requests that this Court grants the following relief:

(a) Damages in the amount of $1,000,000.00; and

(b) Such other orders and further relief as this Court deems just and equitable under the circumstances of this case.

### **Jury Demand**

Plaintiff demands a trial by jury for all the issues so triable.

Dated: January 18, 2008

NANCY COTTON

By: _____
Ronald Simon (D.C. Bar No. 945238)
**SIMON & ASSOCIATES**
1707 N St, NW
Washington, DC 20036
Telephone: (202) 429-0094
Facsimile: (202) 429-0075

Counsel for Plaintiff, Nancy Cotton