UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY COTTON )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GRUNLEY CONSTRUCTION CO., )<br>INC., et al. )<br>)<br>Defendants. )<br>) | Case No. 1:07-cv-00971<br>Judge Reggie B. Walton |

CERTIFICATE OF DISCOVERY

I HEREBY CERTIFY that on the ___5th___ day of February, 2008, copies of Plaintiff's Supplemental Response to Defendants' Requests for Production of Documents were mailed via first class mail, postage prepaid to:

Paul Pearson, Esq.
Law Offices of Roger S. Mackey
14008 Park East Circle
Chantilly, VA 20151
*Attorney for Grunley Construction Co., Inc.*

Jacquelyn Kramer, Esq.
Law Offices of Guido Porcarelli
200 International Circle, Suite 1500
Hunt Valley, MD 21030
*Attorney for Singleton Electric Co., Inc.*

Respectfully submitted,

_____
Ron Simon (DC Bar #945238)
SIMON & ASSOCIATES
1707 N Street, N.W.
Washington, D.C. 20036
(202) 429-0094
Counsel for the Plaintiff

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that copies of Plaintiff's Supplemental Response to Defendants' Requests for Production of Documents and Certificate of Discovery were sent first class mail this ____ day of February 2008 to:

Paul Pearson, Esq.
Law Offices of Roger S. Mackey
14008 Park East Circle
Chantilly, VA 20151
*Attorney for Grunley Construction Co., Inc.*

Jacquelyn Kramer, Esq.
Law Offices of Guido Porcarelli
200 International Circle, Suite 1500
Hunt Valley, MD 21030
*Attorney for Singleton Electric Co., Inc.*

                                      Ron Simon, Esq.