UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CIVIL DIVISION

| | | |
|---|---|---|
| Nancy Cotton | * | |
| Plaintiff | * | Civil Action No. 1:07-cv-00971 |
| v. | * | The Honorable Judge Reggie B. Walton |
| Grunley Construction Co., Inc., et al. | * | |
| Defendants | * | |

*********************************************************************************************

## ANSWER TO AMENDED COMPLAINT

Comes now the Defendant, Singleton Electric Company, Inc., by and through their counsel, Jacquelyn Kramer and the Law Offices of Guido Porcarelli , and in answer to the Amended Complaint, states as follows:

1. The Defendant, Singleton Electric Company, Inc., admits to this allegation.
2. The Defendant, Singleton Electric Company, Inc., admits to this allegation.
3. The Defendant, Singleton Electric Company, Inc., admits to this allegation.
4. The Defendant, Singleton Electric Company, Inc., admits to this allegation.
5. Defendant does not have enough information to admit or deny so the allegation is denied.
6. The Defendant, Singleton Electric Company, Inc., admits to this allegation.
7. Defendant does not have enough information to admit or deny so the allegation is denied.
8. The Defendant, Singleton Electric Company, Inc., denies this allegation.
9. Defendant does not have enough information to admit or deny so the allegation is denied.
10. Defendant does not have enough information to admit or deny so the allegation is denied.
11. Defendant does not enough information to Deny or Admit.

1

12. The Defendant, Singleton Electric Company, Inc., denies this allegation.

13. The Defendant, Singleton Electric Company, Inc., denies this allegation.

14. Defendant does not have enough information to admit or deny so the allegation is denied.

15. The Defendant, Singleton Electric Company, Inc., denies this allegation.

16. The Defendant, Singleton Electric Company, Inc., denies this allegation.

## FIRST DEFENSE

The Amended Complaint herein fails to state a cause of action against the Defendant upon which relief may be granted.

## SECOND DEFENSE

The Plaintiff's claims and entitlement to damages are barred from recovery by the doctrine of wavier and estoppel.

## THIRD DEFENSE

Defendant respectfully reserves the right to assert the affirmative defense of contributory negligence should discovery disclose a basis therefore.

## FOURTH DEFENSE

Defendant respectfully reserves the right to assert the affirmative defense of assumption of risk should discovery disclose a basis therefore.

## FIFTH DEFENSE

Defendant respectfully reserves the right to assert the affirmative defense that the Amended Complaint is barred by the Statute of Limitations should discovery disclose a basis therefore.

## SIXTH DEFENSE

Defendant respectfully reserves the right to assert the affirmative defense of unavoidable accident should discovery disclose a basis therefore.

## SEVENTH DEFENSE

Defendant respectfully reserves the right to assert the affirmative defense that if

the Plaintiff were injured as alleged in the Amended Complaint, such injuries were the result of the negligence of a person or persons not a party to the case at bar should discovery disclose a basis therefore.

### EIGHTH DEFENSE

Defendant respectfully reserves the right to assert the affirmative defense that the injuries alleged by the Plaintiff are not casually related to the collision complained of should discovery disclose a basis therefore.

Further answering the Amended Complaint, Defendant denies all allegations of negligence and other improper conduct and further denies all allegations not specifically admitted or otherwise responded to.

**WHEREFORE**, the premises considered, Defendant demands that the Amended Complaint against them be dismissed with costs.

Respectfully submitted,

_____/s/_____
Jacquelyn Kramer, Esquire  #11147
Law Office of Guido Porcarelli
200 International Circle, Suite 1500
Hunt Valley,  MD  21030
410-568-2874
Jacquelyn.Kramer@thehartford.com
Attorney for Defendant

### JURY DEMAND

Defendant, **Singleton Electrical Company, Inc.**, hereby demands a jury trial.

_____/s/_____
Jacquelyn Kramer, Esquire  #11147
Law Office of Guido Porcarelli
200 International Circle, Suite 1500
Hunt Valley,  MD  21030
410-568-2874
Jacquelyn.Kramer@thehartford.com
Attorney for Defendant

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that a copy of the foregoing was electronically field and, mailed, postage prepaid, this _____ day of _____, 2008 to:

Paul Pearson, Esquire
Law Offices of Roger S. Mackey
14008 Park East Circle
Chantilly, VA 20151
Attorney for Grunley Construction Co. Inc.

Ronald Simon, Esquire
Simon & Associates
1707 N. St NW
Washington, DC 20036
Attorney for Plaintiff

                                                _____/s/_____
                                              Jacquelyn Kramer, Esquire #11147