UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NANCY COTTON )
)
    Plaintiff, )
)
) Case No. 1:07-cv-00971
v. ) Judge Reggie B. Walton
)
GRUNLEY CONSTRUCTION CO., )
INC., et al. )
)
    Defendants. )

## ANSWER AND GROUNDS OF DEFENSE
## TO AMENDED COMPLAINT

**COMES NOW** your Defendant, Grunley Construction Co., Inc., by and through counsel, and as and for its Answer and Grounds of Defense to the Amended Complaint previously filed herein states the following:

### JURISDICTION/PARTIES

1. This Defendant is presently without sufficient information to admit or deny the allegations contained in paragraph 1 of Plaintiff's Amended Complaint and must therefore demand proof thereof. This Defendant denies that the amount in controversy exceeds $75,000.

2. It is admitted that the incident alleged by Plaintiff took place at the National Archives building.

3. This Defendant admits the allegations contained in paragraph 3 of Plaintiff's Amended Complaint.

4. Upon information and belief, this Defendant admits the allegations contained in paragraph 4 of Plaintiff's Amended Complaint.

5. This Defendant is presently without sufficient information to admit or deny those allegations contained in paragraph 5 of Plaintiff's Amended Complaint.

6. This Defendant is presently without sufficient information to admit or deny those allegations contained in paragraph 6 of Plaintiff's Amended Complaint.

## FACTS

7. This Defendant is presently without sufficient information to admit or deny those allegations contained in paragraph 6 of Plaintiff's Amended Complaint and must therefore demand strict proof thereof.

8. This Defendant is presently without sufficient information to admit or deny those allegations contained in paragraph 8 of Plaintiff's Amended Complaint and must therefore demand strict proof thereof.

9. This Defendant is presently without sufficient information to admit or deny those allegations contained in paragraph 9 of Plaintiff's Amended Complaint and must therefore demand strict proof thereof.

10. This Defendant is presently without sufficient information to admit or deny those allegations contained in paragraph 10 of Plaintiff's Amended Complaint and must therefore demand strict proof thereof.

11. This Defendant is presently without sufficient information to admit or deny those allegations contained in paragraph 11 of Plaintiff's Amended Complaint and must therefore demand strict proof thereof.

12. Those allegations contained in paragraph 12 of Plaintiff's Amended Complaint and strict proof demanded thereof.

13. Those allegations contained in paragraph 13 of Plaintiff's Amended Complaint are denied and strict proof demanded thereof.

## COUNT I
### Negligence

14. In response to paragraph 14 this Defendant incorporates by reference its responses to paragraphs 1 through 13 as though fully set forth herein. This Defendant further denies those additional allegations contained in paragraph 14 of Plaintiff's Amended Complaint as they pertain to this Defendant and demands strict proof thereof.

15. Those allegations contained in paragraph 15 of Plaintiff's Amended Complaint are denied and strict proof demanded thereof.

16. Those allegations contained in paragraph 16 of Plaintiff's Amended Complaint are denied and strict proof demanded thereof.

### Affirmative Defenses

This Defendant reserves the right to rely upon any or all of the following affirmative defenses:

A. Primary and/or contributory negligence of the Plaintiff;

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Answer to Amended Complaint was served via electronic service and mailed, postage prepaid, this 13th day of February, 2008 to:

Ronald Simon, Esquire
Simon & Associates
1707 N Street, N.W.
Washington, D.C. 20036
Counsel for Plaintiff

Jacquelyn Kramer, Esquire
Law Offices of Guido Porcarelli
200 International Circle, Suite 1500
Hunt Valley, MD 21030
Counsel for Singleton Electric Co., Inc.

LL&B Associates, Inc.
9891 Broken Land Parkway, #400
Columbia, MD 21046

/S/ Paul R. Pearson, Esquire
Paul R. Pearson, Esquire