UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY COTTON ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:07-cv-00971 |
| v. ) | Judge Reggie B. Walton |
| ) | |
| GRUNLEY CONSTRUCTION CO., ) | |
| INC., et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PLAINTIFF'S SUPPLEMENTAL RULE 26(A)(2) EXPERT DISCLOSURES**

COMES NOW, Plaintiff, Nancy Cotton, by and through undersigned counsel, and pursuant to the Report of Parties' Planning Meeting dated September 18, 2007, and Fed. R. Civ. Pro. 26(a)(2), hereby submit the following Plaintiff's Rule 26(a)(2) Expert Disclosures:

**Norman V. Kohn, M.D.**
122 South Michigan Avenue, Suite 1407
(send mail to Suite 1300)
Chicago, Illinois 60603-6107

1. Complete statement of all opinions to be expressed and basis and reasons therefore: Norman Kohn specializes in both clinical psychiatry and clinical neurology. Testimony is expected to include, but not limited to the extent of current psychiatric neuropsychiatric limitations she suffers and their relationship to the electrical injury, based on review of available records and personal examination of Ms. Cotton;
2. Data or other information considered by witness in forming opinions: Norman Kohn bases his opinion on the review of medical records and records of other experts, his conference with Plaintiff, and all the evidence developed in the case;
3. Exhibits to be used as a summary of or support for the opinions: Exhibits include, but are not limited to, medical records, summaries, expert reports, and any other work product developed in preparation of trial;
4. Qualifications of witness, including list of all publications authored within the preceding ten years: See Exhibit A, CV of Norman Kohn;

5. <u>Compensation to be paid for study and testimony:</u> Norman Kohn bills at the rate of $500/hour with a current estimate of time required for examination, record review, and report preparation at eight (8) hours;
6. <u>Other cases in which witness has testified as an expert at trial or by deposition within the preceding four years:</u> *See* Exhibit B, Case Testimony of Norman Kohn.

                          Respectfully submitted,

                          Ron Simon (DC Bar #945238)
                          SIMON & ASSOCIATES
                          1707 N Street, N.W.
                          Washington, D.C.  20036
                          (202) 429-0094
                          Counsel for the Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY COTTON )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>GRUNLEY CONSTRUCTION CO., )<br>INC., et al. )<br>)<br>    Defendants. ) | Case No. 1:07-cv-00971<br>Judge Reggie B. Walton |

## CERTIFICATE OF DISCOVERY

I HEREBY CERTIFY that on the ___ day of March, 2008, Plaintiff's Supplemental Rule 26(a)(2) Expert Disclosures were mailed via first class mail, postage prepaid to:

Paul Pearson, Esq.
Law Offices of Roger S. Mackey
14008 Park East Circle
Chantilly, VA  20151
*Attorney for Grunley Construction Co., Inc.*

Jacquelyn Kramer, Esq.
Law Offices of Guido Porcarelli
200 International Circle, Suite 1500
Hunt Valley, MD  21030
*Attorney for Singleton Electric Co., Inc.*

Virginia M. Chiappetta, Esq.
CNA
PO Box 13309
Pittsburgh, PA 15243
*Attorney for LB&B Associates*

                                                      Respectfully submitted,

                                                      Ron Simon (DC Bar #945238)
                                                      SIMON & ASSOCIATES
                                                      1707 N Street, N.W.
                                                      Washington, D.C.  20036
                                                      (202) 429-0094
                                                      Counsel for the Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY COTTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GRUNLEY CONSTRUCTION CO., )<br>INC., et al. )<br>)<br>Defendants. ) | Case No. 1:07-cv-00971<br>Judge Reggie B. Walton |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that copies of Plaintiff's Supplemental Rule 26(a)(2) Expert Disclosures were sent first class mail this 4th day of March, 2008 to:

Paul Pearson, Esq.
Law Offices of Roger S. Mackey
14008 Park East Circle
Chantilly, VA 20151
*Attorney for Grunley Construction Co., Inc.*

Jacquelyn Kramer, Esq.
Law Offices of Guido Porcarelli
200 International Circle, Suite 1500
Hunt Valley, MD 21030
*Attorney for Singleton Electric Co., Inc.*

Virginia M. Chiappetta, Esq.
CNA
PO Box 13309
Pittsburgh, PA 15243
*Attorney for LB&B Associates*

Respectfully submitted,

/s/
_____
Ron Simon (DC Bar #945238)
SIMON & ASSOCIATES
1707 N Street, N.W.
Washington, D.C. 20036
(202) 429-0094
Counsel for the Plaintiff

# EXHIBIT A

# NORMAN V. KOHN, M.D.

## Curriculum Vitae

### June 2007

**PRACTICE ADDRESS**

122 South Michigan Avenue, Suite 1300
Chicago, Illinois 60603-6107

Phone:   312-443-0099
Fax:     312-896-5174
Email:   normankohn@gmail.com

**PROFESSIONAL INTERESTS**

- Psychiatry and neurology: focus on thinking and feeling
- Psychotherapy, psychoanalysis; interactions of mind and body, self and other
- Forensic applications: issues of diagnosis, causation, responsibility, and ethics
- Consulting to individuals, groups, and organizations

**EDUCATION**

1972 – 76   MD   Yale University, New Haven, Connecticut
1968 – 72   SB   Massachusetts Institute of Technology, Cambridge, Massachusetts

**FELLOWSHIPS**

1979   Neurobehavioral Unit, Veterans Administration Hospital, Boston, Massachusetts
1975   Marine Biological Laboratory, Woods Hole, Massachusetts

Norman V. Kohn, MD                                2                                   June 2007

## POSTGRADUATE TRAINING AND EXPERIENCE

| | |
|---|---|
| 2005 – | Core Psychoanalytic Training Program, Institute for Psychoanalysis, Chicago |
| 1980 – | Private practice, Chicago |
| 2001 – 03 | Consulting Neuropsychiatrist, Chicago Institute for Neurosurgery and Neuroresearch |
| 1998 – 00 | Adult Psychoanalytic Psychotherapy Program, Institute for Psychoanalysis, Chicago |
| 1998 – 01 | Director, Neurobehavioral Services, Vencor Hospitals, Chicago |
| 1984 – 97 | Chairman, Department of Neurology, Mount Sinai Hospital Medical Center |
| 1983 – 84 | Director, EMG Laboratory, Mount Sinai Hospital Medical Center |
| 1983 – 84 | Vice Chairman, Department of Neurology, Mount Sinai Hospital Medical Center |
| 1983 – 84 | Attending Physician, Rush Presbyterian-St. Lukes Medical Center EMG Laboratory |
| 1980 – 81 | Neuroimmunology Fellow, University of Chicago |
| 1978 – 79 | Psychiatry Resident, McLean Hospital |
| 1977 – 80 | Neurology Resident, University of Chicago Hospitals |
| 1976 – 77 | Assistant Resident (Medicine) Case Western Reserve University Hospitals |

## ACADEMIC APPOINTMENTS

| | |
|---|---|
| 1993 – 99 | Associate Professor of Clinical Psychiatry, Finch University of Health Sciences/ Chicago Medical School |
| 1992 – 99 | Associate Professor of Clinical Neurology, FUHS/CMS |
| 1989 – 92 | Assistant Professor of Clinical Neurology, FUHS/CMS |
| 1989 – 97 | Associate Chairman, Department of Neurology, FUHS/CMS |
| 1987 – 88 | Clinical Associate in Neurology, University of Chicago |
| 1980 – 91 | Instructor in Neurology, Rush Medical College |

## EMPLOYMENT and PRACTICE

| | |
|---|---|
| 1983 – | Neurosciences Ltd., Chicago |
| 1995 – 98 | Mount Sinai Medical Group, Chicago |
| 1980 – 95 | Mount Sinai Hospital, Chicago (teaching and administration) |
| 1980 – 83 | Solo Practice, Chicago |

## CERTIFICATION

| | |
|---|---|
| 1982 | American Board of Psychiatry and Neurology (Neurology) - #20358 |
| 1977 | National Board of Medical Examiners |

## LICENSURE

| | | |
|---|---|---|
| 1983 – | Indiana certificate #01032970A | Exp. 6/30/2007 |
| 1977 – | Illinois certificate #036-055527 | Exp. 7/31/2008 |
| 2000 – | New York certificate #219867 | inactive |
| 2002 – | Minnesota certificate #44452 | Exp. 9/30/2007 |

Norman V. Kohn, MD                             3                          June 2007

## MEDICAL STAFF APPOINTMENTS

(all located in Chicago, Illinois)

| | |
|---|---|
| 2002 – | Illinois Masonic Medical Center |
| 2002 – | Neurologic and Orthopedic Institute |
| 1998 – | Resurrection Saint Joseph Hospital |
| 1998 – | Kindred Hospitals |
| 1993 – 94 | University Psychiatric Hospital |
| 1992 – 95 | Hartgrove Hospital |
| 1986 – | Bethany Hospital |
| 1985 – | Aurora Chicago Lakeshore Hospital |
| 1983 – 85 | Columbus-Cuneo-Cabrini Hospitals |
| 1984 – 06 | Saint Anthony Hospital |
| 1983 – 03 | Schwab Rehabilitation Center |
| 1980 – 05 | Mount Sinai Hospital Medical Center |

## PROFESSIONAL SOCIETIES

| | |
|---|---|
| 2005 – | AK Rice Institute for the Study of Social Systems |
| 2005 – | Chicago Center for the Study of Groups and Organizations |
| 1999 – | American Psychoanalytic Association |
| 1993 – | Behavioral Neurology Society |
| 1992 – | American Neuropsychiatric Association |
| 1991 – 94 | American Sleep Disorders Association |
| 1987 – 94 | American Society of Internal Medicine |
| 1986 – 92 | American Academy of Clinical Neurophysiology |
| 1982 – | Chicago Neurological Society |
| 1981 – 95 | American Association of Electrodiagnostic Medicine |
| 1980 – | American Medical Association |
| 1980 – | Chicago Medical Society |
| 1980 – | Illinois State Medical Society |
| 1978 – | American Academy of Neurology |
| 1975 – 04 | American Association for the Advancement of Science |

## PROFESSIONAL AND MEDICAL STAFF COMMITTEES

| | |
|---|---|
| 2002 | Saint Anthony Hospital, peer review panel |
| 2001 – 03 | Saint Anthony Hospital, Ethics Committee (Chair) |
| 1999 – 00 | Medical Staff Executive Committee, Vencor Hospitals, Chicago |
| 1995 – 96 | Mount Sinai Medical Group Governance Committee |
| 1989 – 98 | Mount Sinai Hospital, Ethics Committee |
| 1987 – 98 | Mount Sinai Hospital, Grievance and Ethics Committee |
| 1987 – 89 | Saint Anthony Hospital, Ethics Committee (Chair) |
| 1985 – 93 | Mount Sinai Hospital, Research Center Committee |
| 1984 – 97 | Mount Sinai Hospital, Medical Staff Executive Committee |
| 1984 – 97 | Mount Sinai Hospital, Risk Management Committee |
| 1984 – 85 | Mount Sinai Hospital, CME Committee |

Norman V. Kohn, MD                               4                              June 2007

1984 – 93   Mount Sinai Hospital, Emergency Room Committee
1983 – 97   Mount Sinai Hospital, Bylaws Committee (Chair, 1985 - 97)
1980 – 83   Mount Sinai Hospital, Drug and Therapeutics Committee

**CONSULTANCIES**

2001 – 03   Chicago Institute for Neurosurgery and Neuroresearch
1998 – 00   Lakeview Living Center
1987        Camp CHI
1985 – 91   Sidney Hillman Health Center
1985 – 87   Illinois State Medical Society, Physicians' Review and
            Evaluation Panel
1985        National Transportation Safety Board
1983 – 88   Lieberman Geriatric Health Center

**COMMUNITY SERVICE**

1996 – 97   University of Chicago Hillel Director Search Committee
1995        Co-chair, University of Chicago Hillel Self-Study Committee
1995 – 02   University of Illinois Hillel Board
1994        Accreditation Site Visitor - Stony Brook Hillel
1991 – 06   University of Chicago Hillel Board (chair, 2002-05)
1987 – 95   Solomon Schechter Day School Association Board
1987 – 06   Hillels of Illinois Governing Commission
1986 – 07   Akiba-Schechter Jewish Day School Board (president, 1987 - 95)

**BIBLIOGRAPHY**

**Abstracts and Presentations**

Anxiety, addiction, and seizures. Center for Addictive Problems, July 7, 2004

Which symptoms to treat? Center for Addictive Problems, April 21, 2004

Treating the patient with chronic pain. Kindred Hospital, Jan. 15, 2004

Myofascial pain. State Farm Insurance Corporate Counsel, June 21, 2003

Psychosomatic considerations in office practice. St. Anthony Hospital, Chicago, IL; March 20, 2003

Pain after injury. State Farm Insurance, Jan. 21, 2003

Epilepsy Update. CMS Medicine Grand Rounds, September 11, 1997

Norman V. Kohn, MD                           5                          June 2007

B12 and the Central Nervous System. University of Chicago Neurology Grand Rounds, March 1991

Computer applications in neurology. American Academy of Neurology annual meeting, New Orleans, April 1986

Neurological diseases affecting the lower extremity. American Academy of Ambulatory Foot Surgery Seminar, Chicago, December 1985

Antel J, Bernstein A, Hendrichson B, Rosenkoetter P, Kohn N, Stefansson K. Evaluation of human neurons by monoclonal antibody. Neurology 33:107 [Suppl 2], 1983


Ross VN,. Cohen LB, Salzberg BM, Kohn N, Grinvald A. Extrinsic birefringence and dichroism changes in squid giant axons. Biol. Bull. 149:444, 1975


**Chapters**

Kohn N. Neurologic diseases. *in* Gleicher N, *et al.* Principles and practice of medical therapy in pregnancy, third edition, 1997


**Letters**

Kohn N. Let's consider before rushing into drug testing. The New York Times 9/24/86

# EXHIBIT B

# NORMAN V. KOHN MD

NEUROSCIENCES LTD.

SUITE 1300  
122 SOUTH MICHIGAN AVENUE  
CHICAGO, ILLINOIS 60603-6107

TEL 312.443.0099  
FAX 312.896.5174  
email normankohn@gmail.com

February 2008

Expert Witness Cases

| Date | Case name | (client) | Law Firm/atty | P/D | CMT | Written | Fee |
|---|---|---|---|---|---|---|---|
| **EXPERT REVIEW, NO TESTIMONY** | | | | | | | |
| 2004 | Kaufman | | Meshbesher & Spence | P | M | | 1250 |
| 2006 | Catherine Graham v. Baily Brinn | | James M Hoffman & Associates | D | T | | 1000 |
| 2006 | Prott v. Marberger et al | | Simon Passanante, PC | P | M | | 9500 |
| 2007 | (no suit) | | Snyder Weltchek & Snyder | P | M | | 1500 |
| 2007 | Carle Clinic | | | D | M | | 3000 |
| 2007 | Hernandez | | Clark | D | T | | |
| 2007 | (aa etoh) | | | D | T | | |
| 2007 | Stephens | | Gruel Mills | P | M | | 2500 |
| 2007 | Faso | | Racuglia | P | M | | 3500 |
| 2007 | Bainbridge | | Faso | P | | | 400 |
| 2008 | Ulloa | | Santos & Seeley | P | T | | 5000 |
| **DEPOSITION** | | | | | | | |
| 1987? | Percy Conrad May | | French Kezelis | D | M | | ? |
| 1999 | Pastirik | | Travelers Ins | D | T | | 525 |
| 2003 | Wetzell V. Binkley No. 02-L-16ST | | Pool, Leigh & Fabricius | D | T | | 3000 |
| 2003 | Cotto v. Illinois Masonic Medical Center | | Goldberg & Goldberg | P | M | | 8150 |

Norman V. Kohn MD — 2 — Expert Cases
November 2007

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | et al. |  |  |  |  |  |
| 2003 | Stanton v. South Suburban Hospital, et al | Goldberg & Goldberg | P | M |  | 4550 |
| 2003 | Gallagher (WC) | Mike Radke | P | T |  | 750 |
| 4/27/04 | Rosa Davis (CTA) |  | D | T |  | 2500 |
| 6/16/04 | Lewis and Livingston v. PDV America, Inc. et al | Brady & Jensen | P | T | Y | 2000 |
| 6/18/04 | Carmona v. Midway Aluminum | Morici, Figlioli | P | T |  | 1000 |
| 9/8/04 | Fornelli | State Farm | D | T |  | 3150 |
| 2004 | McGraw v. Northwest Airlines |  | D | T |  | 7590 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 2005 | Worley v. Pace | Querry & Harrow | D | T | Yes | 16700 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 2006 | Pace v. Ridge Tahoe Property | Osborne, Ohlson & Hall, Chartered | P | T |  | 5000 |
| 2006 | Edgar Toledo | Simon & Associates | P | M | Y | 1500 |
| 2006 | Terran v Value City | Kelly & King | D | T |  | 4500 |
| 2007 | Rodriguez v Gooden | Brenner, Ford | D | T |  | 3500 |
| 2007 | Barber v. Bartkowicz | Kopka, Pinkus, Dolin & Eads | D | T | Y | 4000 |
| 2007 | Montell Johnson | Sonnenschein | P | T | Y | 0 |

| TRIAL TESTIMONY |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 1999 | Regalado v. City of Chicago | Horwitz | P | T |  | 14250 |
| 2003 | Ortiz | Julie Aimen | D | C |  | 2250 |
| 2004 | Dresher | J. Cottrone | D | C |  | 23125 |

Norman V. Kohn MD     – 3 –     Expert Cases
November 2007

| | | | | | | |
|---|---|---|---|---|---|---|
| 2005 | Bell v. City of Chicago | | D | T | | 4500 |
| 2006 | May-Carmen v. Walmart Stores et al | Gardere Wynne Sewell LLP | D | T | | 7200 |
| 2007 | Edgar Toledo | Simon & Associates | P | M | | 12948 |
| 2007 | Jaquez | Brenner, Ford | D | T | Y | 7000 |

P/D = Plaintiff/Defendant

C/M/T = Criminal/Medical Malpractice/Civil Tort not med-mal