UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY COTTON )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GRUNLEY CONSTRUCTION CO., )<br>INC., et al. )<br>)<br>Defendants. ) | Case No. 1:07-cv-00971<br>Judge Reggie B. Walton |

## CERTIFICATE OF DISCOVERY

I HEREBY CERTIFY that on the 4th day of March, 2008, Plaintiff's Supplemental Response to Defendants' Requests for Production of Documents were mailed via first class mail, postage prepaid to:

Paul Pearson, Esq.
Law Offices of Roger S. Mackey
14008 Park East Circle
Chantilly, VA 20151
*Attorney for Grunley Construction Co., Inc.*

Jacquelyn Kramer, Esq.
Law Offices of Guido Porcarelli
200 International Circle, Suite 1500
Hunt Valley, MD 21030
*Attorney for Singleton Electric Co., Inc.*

Virginia M. Chiappetta, Esq.
CNA
PO Box 13309
Pittsburgh, PA 15243
*Attorney for LB&B Associates*

Respectfully submitted,

_____
Ron Simon (DC Bar #945238)
SIMON & ASSOCIATES
1707 N Street, N.W.
Washington, D.C. 20036
(202) 429-0094
Counsel for the Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY COTTON ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:07-cv-00971 |
| v. ) | Judge Reggie B. Walton |
| ) | |
| GRUNLEY CONSTRUCTION CO., ) | |
| INC., et al. ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that copies of Plaintiff's Supplemental Response to Defendants' Requests for Production of Documents and Certificate of Discovery were sent first class mail this 4th day of March, 2008 to:

Paul Pearson, Esq.
Law Offices of Roger S. Mackey
14008 Park East Circle
Chantilly, VA 20151
*Attorney for Grunley Construction Co., Inc.*

Jacquelyn Kramer, Esq.
Law Offices of Guido Porcarelli
200 International Circle, Suite 1500
Hunt Valley, MD 21030
*Attorney for Singleton Electric Co., Inc.*

Virginia M. Chiappetta, Esq.
CNA
PO Box 13309
Pittsburgh, PA 15243
*Attorney for LB&B Associates*

Respectfully submitted,

_____
Ron Simon (DC Bar #945238)
SIMON & ASSOCIATES
1707 N Street, N.W.
Washington, D.C. 20036
(202) 429-0094
Counsel for the Plaintiff