UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NANCY COTTON | : | |
| Plaintiff, | : | Case No. 1:07-cv-00971<br>Judge Reggie B. Walton |
| v. | : | |
| GRUNLEY CONSTRUCTION CO.,<br>INC., et al. | : | |
| Defendants. | : | |

## ANSWER TO AMENDED COMPLAINT

Defendant LB&B Associates Inc., by and through counsel, answers plaintiff's amended complaint as follows:

### First Affirmative Defense

The complaint fails to state a claim upon which relief can be granted.

### Second Affirmative Defense

Responding to the specific allegations of the amended complaint, defendant states:

1. In answering paragraph 1, defendant lacks information or knowledge sufficient to admit or deny that jurisdiction is proper.

2. In answering paragraph 2, defendant admits the allegation.

3. In answering paragraph 3, defendant lacks information or knowledge sufficient to admit or deny.

4. In answering paragraph 4, defendant lacks information or knowledge sufficient to admit or deny.

5. In answering paragraph 5, defendant admits the allegations.

6. In answering paragraph 6, defendant lacks information or knowledge sufficient to admit or deny, and therefore defendant denies the allegations.

7. In answering paragraph 7, defendant lacks information or knowledge sufficient to admit or deny, and therefore defendant denies the allegations.

8. In answering paragraph 8, defendant lacks information or knowledge sufficient to admit or deny, and therefore defendant denies the allegations.

9. In answering paragraph 9, defendant lacks information or knowledge sufficient to admit or deny, and therefore defendant denies the allegations.

10. In answering paragraph 10, defendant lacks information or knowledge sufficient to admit or deny, and therefore defendant denies the allegations.

11. In answering paragraph 11, defendant lacks information or knowledge sufficient to admit or deny, and therefore defendant denies the allegations.

12. In answering paragraph 12, defendant lacks information or knowledge sufficient to admit or deny, and therefore defendant denies the allegations.

13. In answering paragraph 13, defendant denies the allegations insofar as they apply to this answering defendant.

14. In answering paragraph 14, defendant denies the allegations insofar as they apply to this answering defendant.

15. In answering paragraph 15, defendant denies the allegations insofar as they apply to this answering defendant.

16. In answering paragraph 16, defendant denies the allegations insofar as they apply to this answering defendant.

### Third Affirmative Defense

The complaint is barred by the applicable statutes of limitations.

### Fourth Affirmative Defense

The complaint is barred by the doctrines of laches, waiver, and estoppel.

### Fifth Affirmative Defense

Pleading hypothetically at this time, the complaint is barred by plaintiff's own sole, active, primary, and/or contributory negligent acts and/or omissions.

### Sixth Affirmative Defense

Pleading hypothetically at this time, the complaint is barred by plaintiff's assumption of the risk.

### Seventh Affirmative Defense

Plaintiff's damages, if any, were the result of acts and/or omissions of others for which this defendant is not responsible.

### Eighth Affirmative Defense

Pleading hypothetically at this time, plaintiff failed to mitigate the damages, if any, alleged in the complaint, and said conduct was the sole and proximate cause of the alleged damages.

WHEREFORE, defendant LB&B Associates Inc. prays that the complaint be dismissed, with costs assessed against plaintiff.

Respectfully submitted,

THOMPSON O'DONNELL, LLP


/s/ Randell Hunt Norton
Randell Hunt Norton #187716
Molly M. Ryan *(admission pending, expected 4-7-08)*

1212 New York Ave., N.W.
Suite 1000
Washington, D.C. 20005
202.289.1133
202.289.0275 (Facsimile)
rhn@tomnh.com
mmr@tomnh.com

*Counsel for LB&B Associates Inc.*


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing **Answer to Amended Complaint** was sent via electronic service on the __12th___ day of March 2008, to:

Ronald Simon
Todd Wilsdon
Simon & Associates
1707 N St. N.W.
Washington, DC 20036
*Counsel for plaintiff*

Jacquelyn M. Kramer
Law Offices of Guido Porcarelli
200 International Circle
Suite 1500
Hunt Valley, MD 21030
*Counsel for Singleton Electric Co., Inc.*

Paul R. Pearson
Law Offices of Roger S. Mackey
14008 Parkeast Circle
Chantilly, VA 20151-2225
*Counsel for Grunley Construction Co., Inc.*

/s/ Randell Hunt Norton_____
Randell Hunt Norton

5

Case 1:07-cv-00971-RBW    Document 29    Filed 03/12/2008    Page 5 of 5