UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NANCY COTTON | : | |
| Plaintiff, | : | Case No. 1:07-cv-00971 |
| | | Judge Reggie B. Walton |
| v. | : | |
| GRUNLEY CONSTRUCTION CO., INC., et al. | : | |
| Defendants. | : | |

**CONSENT MOTION TO CONTINUE
INITIAL SCHEDULING CONFERENCE TO 4-15-08**

Defendant LB&B Associates Inc. hereby moves this Court for an order continuing the initial scheduling conference, presently set for April 4, 2008, to April 15, 2008. All parties consent to this motion. As set forth below, good cause exists for this brief continuance.

1. On February 12, 2008, this Court set an initial scheduling conference for April 4, 2008.

2. The initial scheduling conference date was set before defendant LB&B Associates Inc. appeared in the case and before undersigned counsel had been retained. Defendant LB&B Associate Inc.'s counsel Randell Hunt Norton already had on calendar for April 4, 2008 a settlement conference in Baltimore on another matter. (Attorney Molly M. Ryan will enter her appearance as an additional counsel of record for LB&B Associates Inc. after she attends this Court's April 7, 2008 admission ceremony).

3. As soon as defendant LB&B Associates Inc.'s counsel learned of the calendar conflict, they diligently sought to continue the initial scheduling conference. Defendant filed its answer on March 12, 2008. On March 14, 2008, defendant's counsel's office contacted the Court's clerk to obtain potential new dates for the initial scheduling conference. The clerk advised that the Court is available on April 15, 2008 at 9:00 a.m. for an initial scheduling conference.

4. All other parties (plaintiff, defendant Singleton Electric, and defendant Grunley Construction) consent to the continuance and are available to appear at an initial scheduling conference on April 15, 2008 at 9:00 a.m.

5. Continuing the initial scheduling conference will not prejudice any parties, and it will not interfere with any other deadlines as there are no other deadlines on calendar.

Based on the foregoing, good cause exists to continue the initial scheduling conference. Defendant LB&B Associates Inc. requests that the consent motion be granted.

Respectfully submitted,

THOMPSON O'DONNELL, LLP

  /s/ Randell Hunt Norton  
Randell Hunt Norton #187716
Molly M. Ryan #974514
*(DCDC admission pending, expected 4-7-08)*
1212 New York Ave., N.W.
Suite 1000
Washington, D.C. 20005
202.289.1133
202.289.0275 (Facsimile)
rhn@tomnh.com
mmr@tomnh.com

*Counsel for LB&B Associates Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing **Consent Motion to Continue Initial Scheduling Conference to 4/15/08 and Proposed Order** was sent via electronic service on the __19th___ day of March 2008, to:

Ronald Simon
Todd Wilson
Simon & Associates
1707 N St. N.W.
Washington, DC 20036
*Counsel for plaintiff*

Jacquelyn M. Kramer
Law Offices of Guido Porcarelli
200 International Circle
Suite 1500
Hunt Valley, MD 21030
*Counsel for Singleton Electric Co., Inc.*

Paul R. Pearson
Law Offices of Roger S. Mackey
14008 Parkeast Circle
Chantilly, VA 20151-2225
*Counsel for Grunley Construction Co., Inc.*

          __/s/ Randell Hunt Norton_____
          Randell Hunt Norton

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NANCY COTTON | : | |
|     Plaintiff, | : | Case No. 1:07-cv-00971<br>Judge Reggie B. Walton |
| v. | : | |
| GRUNLEY CONSTRUCTION CO.,<br>INC., et al. | : | |
|     Defendants. | : | |

**PROPOSED ORDER**

---

Upon consideration of defendant LB&B Associates Inc.'s Consent Motion to Continue Initial Scheduling Conference to 4-15-08, and the Court finding that good cause exists for the continuance, it is hereby,

ORDERED that the motion is GRANTED and the initial scheduling conference is continued to April 15, 2008 at 9:00 a.m. in Courtroom 16 before Judge Reggie B. Walton.


Date: _____  _____
                                                                                                     Judge

Copies to:

Ronald Simon
Todd Wilson
Simon & Associates
1707 N St. N.W.
Washington, DC 20036
*Counsel for plaintiff*

2

Jacquelyn M. Kramer
Law Offices of Guido Porcarelli
200 International Circle
Suite 1500
Hunt Valley, MD 21030
*Counsel for Singleton Electric Co., Inc.*

Paul R. Pearson
Law Offices of Roger S. Mackey
14008 Parkeast Circle
Chantilly, VA 20151-2225
*Counsel for Grunley Construction Co., Inc.*