IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY COTTON<br>723 G Street, NE<br>Washington, DC  20002<br><br>            Plaintiff,<br>vs.<br><br>GRUNLEY CONSTRUCTION CO., INC.<br>15020 Shady Grove Road, Suite 500<br>Rockville, MD  20850<br><br>SINGLETON ELECTRIC CO., INC.<br>8940 Bradmoor Drive<br>Bethesda, MD  20034<br><br>LB&B ASSOCIATES, Inc.<br>9891 Broken Land Parkway, #400<br>Columbia, MD 21046<br><br>            Defendants. | Civil Action No: 1:07-cv-00971<br>The Honorable Reggie B. Walton |

## CERTIFICATE OF DISCOVERY

I HEREBY CERTIFY that on the ____2nd____ day of April, 2008, a copy of

Plaintiff's First Set Of Interrogatories And Requests For Production Of Documents

Propounded On Defendant was mailed via certified mail, postage prepaid to:

Paul Pearson, Esq.
Law Offices of Roger S. Mackey
14008 Park East Circle
Chantilly, VA  20151
*Attorney for Grunley Construction Co., Inc.*

Jacquelyn Kramer, Esq.
Law Offices of Guido Porcarelli
200 International Circle, Suite 1500
Hunt Valley, MD  21030
*Attorney for Singleton Electric Co., Inc.*


Randell Hunt Norton, Esq.
Molly M. Ryan, Esq.
Thompson O'Donnell, LLP
1212 New York Ave., NW
Washington, DC 20005
*Attorneys For LB&B Associates*

                                            Respectfully submitted,

                                            _____
                                            Ron Simon, Esq. DC Bar #945238
                                            SIMON & ASSOCIATES
                                            1707 N Street N.W.
                                            Washington, D.C.  20036
                                            (202) 429-0094
                                            Counsel for the Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY COTTON<br>723 G Street, NE<br>Washington, DC 20002<br><br>         Plaintiff,<br>vs.<br><br>GRUNLEY CONSTRUCTION CO., INC.<br>15020 Shady Grove Road, Suite 500<br>Rockville, MD 20850<br><br>SINGLETON ELECTRIC CO., INC.<br>8940 Bradmoor Drive<br>Bethesda, MD 20034<br><br>LB&B ASSOCIATES, Inc.<br>9891 Broken Land Parkway, #400<br>Columbia, MD 21046<br><br>         Defendants. | Civil Action No: 1:07-cv-00971<br>The Honorable Reggie B. Walton |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _2nd_ day of April, 2008, a copy of Plaintiff's Certificate of Discovery, First Set of Interrogatories, and Request for Production of Documents was mailed certified mail postage prepaid to:

Paul Pearson, Esq.
Law Offices of Roger S. Mackey
14008 Park East Circle
Chantilly, VA 20151
*Attorney for Grunley Construction Co., Inc.*

Jacquelyn Kramer, Esq.
Law Offices of Guido Porcarelli
200 International Circle, Suite 1500
Hunt Valley, MD 21030
*Attorney for Singleton Electric Co., Inc.*

Randell Hunt Norton, Esq.
Molly M. Ryan, Esq.
Thompson O'Donnell, LLP
1212 New York Ave., NW
Washington, DC 20005
*Attorneys For LB&B Associates*

_____
Ron Simon