UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY COTTON )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>GRUNLEY CONSTRUCTION CO., )<br>INC., et al. )<br>)<br>    Defendants. )<br>) | Case No. 1:07-cv-00971<br>Judge Reggie B. Walton |

## JOINT REPORT OF CONFERENCE MEETING
## PURSUANT TO LOCAL RULE 16.3

COMES NOW, Plaintiff, by and through undersigned counsel, and submits this Report of Counsel's Conference Meeting Pursuant to Local Rule 16.3. Counsel for Grunley Construction, Singleton Electric, and LB&B Associates jointly submit this Report with Plaintiff.

<u>Statement of the Case</u>: This is a negligence action. Plaintiff alleges that on July 26, 2005, while at work at the National Archives building in Washington, DC, she incurred an electric shock from exposed wires when she put her hand on a doorknob to open a metal door; she claims physical and psychological injuries. Plaintiff further alleges that defendants Grunley Construction, Singleton Electric, and LB&B Associates were performing work at the National Archives and are liable for plaintiff's injuries. Defendants deny responsibility for the area where plaintiff was injured. Defendants also deny the nature and extent of Plaintiff's injuries.

1. There are no plans for any dispositive motions at this point in the litigation but there may be dispositive motions after discovery.

2. The parties are not presently aware of any other parties that need to be joined, although they may uncover such parties in discovery. It is likely, however, that various crossclaims will be filed between defendants.

3. The parties do not believe this case should be assigned to a magistrate judge.

4. There is not a realistic chance of settlement at this time, but the possibility of settlement could develop in the future as more information becomes available to the parties regarding which defendant is potentially responsible for plaintiff's injuries.

5. The parties do not believe this case would benefit from the Court's alternative dispute resolution (ADR) procedures at this time.

6. The parties agree that dispositive motions shall be filed a month after the discovery cut-off date.

7. The parties agree to serve their initial disclosures, in accordance with Fed. R. Civ. P. 26(a)(1), by May 15, 2008.

8. Discovery will include written discovery, depositions, IME(s), and subpoenas. The parties anticipate that at least five (5) depositions will be needed. All discovery, including expert depositions, shall be completed by October 31, 2008.

9. The parties agree that expert disclosures and reports shall be served, in accordance with Fed. R. Civ. P. 26(a)(2), by September 5, 2008.

10. This case is not a class action.

11. Bifurcating trial or discovery is not anticipated at this time.

12. The parties propose that the pretrial conference take place at the court's convenience in December 2008 or January 2009.

13. The parties agree that the court should set a firm trial date at the initial scheduling conference for a time at the court's convenience in approximately January or February 2009. The parties anticipate a three to five day jury trial.

Respectfully submitted,

_____
Ron Simon (DC Bar #945238)
SIMON & ASSOCIATES
1707 N Street, N.W.
Washington, D.C. 20036
(202) 429-0094
Counsel for the Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY COTTON<br>723 G Street, NE<br>Washington, DC 20002<br><br>    Plaintiff,<br>vs.<br><br>GRUNLEY CONSTRUCTION CO., INC.<br>15020 Shady Grove Road, Suite 500<br>Rockville, MD 20850<br><br>SINGLETON ELECTRIC CO., INC.<br>8940 Bradmoor Drive<br>Bethesda, MD 20034<br><br>LB&B ASSOCIATES, Inc.<br>9891 Broken Land Parkway, #400<br>Columbia, MD 21046<br><br>    Defendants. | Civil Action No: 1:07-cv-00971<br>The Honorable Reggie B. Walton |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___4th___ day of April, 2008, a copy of the Joint Report of Conference Meeting Pursuant to Local Rule 16.3 was mailed certified mail postage prepaid to:

Paul Pearson, Esq.
Law Offices of Roger S. Mackey
14008 Park East Circle
Chantilly, VA 20151
*Attorney for Grunley Construction Co., Inc.*

Jacquelyn Kramer, Esq.
Law Offices of Guido Porcarelli
200 International Circle, Suite 1500
Hunt Valley, MD 21030
*Attorney for Singleton Electric Co., Inc.*

Randell Hunt Norton, Esq.
Molly M. Ryan, Esq.
Thompson O'Donnell, LLP
1212 New York Ave., NW
Washington, DC 20005
*Attorneys For LB&B Associates*

                                                                                        _____
                                                                                        Ron Simon