UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY COTTON, )<br>)<br>        Plaintiff, )<br>)<br>    v. )<br>)<br>GRUNLEY CONSTRUCTION )<br>CO., INC., et al., )<br>)<br>        Defendants. )<br>) | Civil Action No. 07-971 (RBW) |

**SCHEDULING ORDER**

In accordance with the Court's oral instructions at the initial scheduling conference held on April 15, 2008, it is

**ORDERED** that this case is assigned to the Court's Standard Track.  It is further

**ORDERED** that the parties shall make the initial disclosures required by Federal Rule of Civil Procedure 26(a)(1) on or before May 15, 2008.  It is further

**ORDERED** that the parties shall designate any expert witnesses (excepting rebuttal expert witnesses) on or before August 29, 2008.  It is further

**ORDERED** that the parties shall designate any rebuttal expert witnesses on or before September 26, 2008.  It is further

**ORDERED** that all discovery in this case shall close on October 31, 2008.  It is further

**ORDERED** that the parties shall appear before this Court on November 7, 2008, at 9:00 a.m. for a status hearing.

**SO ORDERED** this 16th day of April, 2008.

REGGIE B. WALTON
United States District Judge