UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NANCY COTTON | : | |
| Plaintiff, | : | Case No. 1:07-cv-00971 |
| | | Judge Reggie B. Walton |
| v. | : | |
| GRUNLEY CONSTRUCTION CO., INC., et al. | : | |
| Defendants. | | |

### NOTICE OF ENTRY OF APPEARANCE

Pursuant to Local Rule 83.6, attorney Molly M. Ryan, of Thompson O'Donnell, LLP, hereby gives notice of her appearance as an additional attorney of record for defendant LB&B Associates Inc. Attorney Randell Hunt Norton, of Thompson O'Donnell, LLP, shall remain as counsel of record for defendant LB&B Associates Inc. Mr. Ryan's address, telephone number, and bar identification number are set forth below.

Respectfully submitted,

THOMPSON O'DONNELL, LLP

_/s/ Molly M. Ryan_____
Randell Hunt Norton, #187716
rhn@tomnh.com
Molly M. Ryan, #974514
mmr@tomnh.com
1212 New York Ave., N.W.
Suite 1000
Washington, D.C. 20005
202.289.1133
202.289.0275 (Facsimile)
*Counsel for LB&B Associates Inc.*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true copy of the foregoing **Notice of Entry of Appearance** was sent via electronic service on the __2nd___ day of May 2008, to:

Ronald Simon
Todd Wilson
Simon & Associates
1707 N St. N.W.
Washington, DC 20036
*Counsel for plaintiff*

Jacquelyn M. Kramer
Law Offices of Guido Porcarelli
200 International Circle
Suite 1500
Hunt Valley, MD 21030
*Counsel for Singleton Electric Co., Inc.*

Paul R. Pearson
Law Offices of Roger S. Mackey
14008 Parkeast Circle
Chantilly, VA 20151-2225
*Counsel for Grunley Construction Co., Inc.*

                                        __/s/ Molly M. Ryan_____
                                        Molly M. Ryan