UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY COTTON | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:07-cv-00971 |
| v. | ) Judge Reggie B. Walton |
| | ) |
| GRUNLEY CONSTRUCTION CO., | ) |
| INC., et al. | ) |
| | ) |
| Defendants. | ) |

## INITIAL DISCLOSURES PURSUANT TO
## FEDERAL RULES OF CIVIL PROCEDURE RULE 26(A) (1)

**COMES NOW** your Defendant, Grunley Construction Co., Inc., pursuant to FRCP 26(a) and discloses the following:

1. Individuals likely to have discoverable information that Defendant may use to support its claims or defenses, unless solely for impeachment.

Plaintiff Nancy Cotton
Gary Cotton, husband of Plaintiff
Regarding the occurrence and the claimed injuries resulting therefrom, and damages sought

Richard Restak, M.D.
1800 R Street, N.W., Suite C3
Washington, D.C. 20089
Performed medical records review and it is anticipated he will perform Independent Medical Evaluation of Plaintiff.

In addition to those named by other parties in their disclosures, the following have information concerning the contract, the work performed, the subcontract and additional information as set out below each individual:

The following individuals from Grunley Construction Co., Inc. have knowledge concerning the contract, the work to be performed by Singleton and other subcontractors, and the investigation of the incident by Grunley:

Dan Snyder
Corporate Safety Director

Grunley Construction Co., Inc.
15020 Shady Grove Road, Suite 500
Rockville, MD 20850
Also participated in a walk-through after the accident 7/27/05

Rickie Roane
Grunley Construction Co., Inc.
15020 Shady Grove Road, Suite 500
Rockville, MD 20850
Project superintendent
Also participated in a walk-through after the accident 7/27/05

John Crabtree
Grunley Construction Co., Inc.
15020 Shady Grove Road, Suite 500
Rockville, MD 20850

Douglas J. Dorner
Archives Renovation Team
National Archives and Records Administration
(202) 291-0717 x 232
Participated in a walk-through after the accident 7/27/05
Took photographs of the site 7/27/05

John Bartell
National Archives and Record Administration
700 Pennsylvania Ave., NW
Washington, D.C. 20408
(202) 219-0717 x 236
Assistant Project Manager
Participated in a walk-through after the accident 7/27/05

Dave Nicholson
Singleton Electric
7680 Cassna Avenue
Gaithersburg, MD 20879
(301) 258-2600
Participated in a walk-through after the accident 7/27/05
Project superintendent for Singleton??

Scott C. Werner
Singleton Electric Company, Inc.
7680 Cassna Avenue
Gaithersburg, MD 20879
(301) 258-2600
Project manager for Archive project

Personnel from National Archives and Record Administration
700 Pennsylvania Ave., NW
Washington, D.C. 20408
Including:
Susan Lee-Bechtold
Ed Stokes
Nancy Fortina
Cindy Sitko
Hugh Clayton
Melvin Holley
Doug Thurman
Cindy Fox
Ed Bentley
Julie Nash
Who have knowledge concerning discussions held at the meeting of the Archives I Safety and
    Health Committee 8/2/05 and the circumstances surrounding the incident.
Cindy Sitko has knowledge concerning Plaintiff's condition after the incident and the
    circumstances surrounding the incident.

**2.** A copy of, or a description by category and location of, all documents, electronically stored information, and tangible things that are in the possession, custody, or control of Defendant and that Defendant may use to support its claims or defenses, unless solely for impeachment:

Three photographs taken during a walk through on 7/27/05.
Contract NAMA-00-SEM-0012 for construction Phase 2 National Archives Building
    Renovation awarded 4/10/01
Subcontract agreement between Grunley and Singleton
Meeting Minutes, Archives I Safety and Health Committee 8/2/05
Set of project drawings from Phase 2 National Archives Building Renovation available for
    inspection and copying
Additional Materials, as they are located, will be made available for inspection and copying.

**3.** Applicable insurance agreement.

Grunley Construction Co., Inc. is insured by a commercial general liability policy with Travelers Indemnity Company of America, policy # DT C0 124D8925-TIA-04 with a per occurrence limit of $1,000,000.00. A copy of said policy was previously provided with Grunley's Answers to Plaintiff's Interrogatories and Responses to Plaintiff's Request for Production of Documents.

Respectfully Submitted,

/s/
Paul R. Pearson, Esquire
D.C. Bar No. 386823
Law Offices of Roger S. Mackey
14008 Parkeast Circle
Chantilly, VA 20151
(703) 818-6925
(703) 818-6931 (facsimile)
Paul.R.Pearson@travelers.com
Counsel for Grunley Construction Co., Inc.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Initial Disclosures was sent via electronic service and mailed, postage prepaid, this __15th__ day of May, 2008 to:

Ronald Simon, Esquire
D.C. Bar No. 945238
Simon & Associates
1707 N Street, N.W.
Washington, D.C. 20036
Counsel for Plaintiff

Randell Hunt Norton, Esquire
Molly M. Ryan, Esquire
Thompson O'Donnell, LLP
1212 New York Aven., N.W., Suite 1000
Washington, D.C. 20005
Counsel for LB & B Associates, Inc.

Jacqueline M. Kramer, Esquire
Law Offices of Guiod Procarelli
200 International Circle, Suite 1500
Hunt Valley, MD 21030
Counsel for Singleton Electric Co., Inc.

/s/
Paul R. Pearson, Esquire