UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NANCY COTTON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:07-cv-00971 |
| v. | ) | Judge Reggie B. Walton |
| | ) | |
| GRUNLEY CONSTRUCTION CO., INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## PLAINTIFF'S INITIAL DISCLOSURES

COMES NOW Plaintiff, Nancy Cotton, by and through undersigned counsel, submits her initial disclosure in accordance with FRCP 26(a)(1).

### FRCP 26(a)(1)(A)(i) - Witnesses

1. Plaintiff Nancy Cotton. Plaintiff has discoverable information regarding the happening of the accident and her injuries and damages resulting from the accident.

2. Gary Cotton. Mr. Cotton has discoverable information regarding Plaintiff's injuries and damages resulting from the accident.

3. John Bartell (NARA), assistant project manager. Address and phone number unknown. This witness is likely to have discoverable information regarding Grunley's contract with NARA and work performed by Grunley.

4. Tim Edwards (NARA), Facilities. Address and phone number unknown. This witness is likely to have discoverable information regarding

circumstances surrounding the accident and safety efforts made after the accident.

5. John Crabtree (Grunley), Project Manager. Address and phone number unknown. This witness is likely to have discoverable information regarding Grunley's contract with NARA and work performed by Grunley, safety efforts made after the accident, and Grunley's investigation of the accident.

6. Scott C. Werner (Singleton), Project Manager. Address and phone number unknown. This witness is likely to have discoverable information regarding Singleton's contract with Grunley and work performed by Singleton and Grunley, safety efforts made after the accident, and Singleton's investigation of the accident.

7. Mark D. Sprouse (NARA). Address and phone number unknown. This witness is likely to have discoverable information regarding safety efforts made after the accident.

8. Dan Snyder (Grunley), Corporate Safety Director. Address and phone number unknown. This witness is likely to have discoverable information regarding safety efforts made after the accident and Grunley's investigation of the accident.

9. Ricky Roane (Grunley), Project Superintendent. Address and phone number unknown. This witness is likely to have discoverable information regarding Grunley's contract with NARA and work performed by Grunley, safety efforts made after the accident, and Grunley's investigation of the accident.

10. Jack Hodge (LB&B), Project Manager. Address and phone number unknown. This witness is likely to have discoverable information regarding LB&B's contract with NARA and work performed by LB&B, safety efforts made after the accident, and LB&B's investigation of the accident.

11. Doug Dorner (Heery), Construction Manager. Address and phone number unknown. This witness is likely to have discoverable information regarding work performed by all defendants.

12. Dave Nicholson (Singleton), Foreman. Address and phone number unknown. This witness is likely to have discoverable information regarding Singleton's contract with Grunley and work performed by Singleton and Grunley, safety efforts made after the accident, and Singleton's investigation of the accident.

13. Cynthia Fox (NARA), Supervisor. Address and phone number unknown. This witness is likely to have discoverable information regarding plaintiff's work history, plaintiff's condition after the accident, circumstances surrounding the accident, and safety efforts made after the accident.

14. Jack House (NARA). Address and phone number unknown. This witness is likely to have discoverable information regarding plaintiff's work history, plaintiff's condition after the accident, and circumstances surrounding the accident.

15. Rick Peuser (NARA). Address and phone number unknown. This witness is likely to have discoverable information regarding plaintiff's work history, plaintiff's condition after the accident, and circumstances surrounding the accident.

16. Robert Brand (NARA), Security Representative. Address and phone number unknown. This witness is likely to have discoverable information regarding plaintiff's condition after the accident and circumstances surrounding the accident.

17. Lieutenant McCall (NARA). Address and phone number unknown. This witness is likely to have discoverable information regarding plaintiff's condition after the accident and circumstances surrounding the accident.

18. Joe Hannigan (NARA). Address and phone number unknown. This witness is likely to have discoverable information regarding circumstances surrounding the accident and safety efforts made after the accident.

19. David Mayes (LB&B). Address and phone number unknown. This witness is likely to have discoverable information regarding circumstances surrounding the accident and safety efforts made after the accident.

20. Ed Bentley (LB&B), Safety Specialist. This witness is likely to have discoverable information regarding circumstances surrounding the accident and safety efforts made after the accident.

21. Jeffrey Poston (LB&B), Director of Safety. Address and phone number unknown. This witness is likely to have discoverable information regarding circumstances surrounding the accident and safety efforts made after the accident.

22. Doug Tinsley (LB&B), Safety Manager. Address and phone number unknown. This witness is likely to have discoverable information regarding

circumstances surrounding the accident and safety efforts made after the accident.

23. Lou Landerer (LB&B). Address and phone number unknown. This witness is likely to have discoverable information regarding circumstances surrounding the accident and safety efforts made after the accident.

24. Tequila Harris (LB&B). Address and phone number unknown. This witness is likely to have discoverable information regarding circumstances surrounding the accident.

25. Steven Gesualdi (Singleton), Safety Director. Address and phone number unknown. This witness is likely to have discoverable information regarding circumstances surrounding the accident and safety efforts made after the accident.

26. Skip McConkey (Singleton), Site Supervisor. Address and phone number unknown. This witness is likely to have discoverable information regarding Singleton's contract with Grunley and work performed by Singleton and Grunley, safety efforts made after the accident, and Singleton's investigation of the accident.

27. Melvin Holley (NARA). Address and phone number unknown. This witness is likely to have discoverable information regarding circumstances surrounding the accident and safety efforts made after the accident.

28. Robert Deinert (LB&B), Quality Control/Safety Manager. Address and phone number unknown. This witness is likely to have discoverable information

regarding circumstances surrounding the accident and safety efforts made after the accident.

29. Walter Harris (LB&B), Archives Program Manager. Address and phone number unknown. This witness is likely to have discoverable information regarding circumstances surrounding the accident and safety efforts made after the accident.

30. Chad Garrett (LB&B), Archives Assistant Program. Address and phone number unknown. This witness is likely to have discoverable information regarding circumstances surrounding the accident and safety efforts made after the accident.

31. Ed Stokes (NARA). Address and phone number unknown. This witness is likely to have discoverable information regarding Grunley's contract with NARA and work performed by Grunley and safety efforts made after the accident.

32. Cindy Sitko (NARA), Nurse. Address and phone number unknown. This witness is likely to have discoverable information regarding plaintiff's condition after the accident.

33. Pat Alexander (NARA). Address and phone number unknown. This witness is likely to have discoverable information regarding circumstances surrounding the accident and safety efforts made after the accident.

34. Vernon N. Howard (Securiguard), Security Supervisor. Address and phone number unknown. This witness is likely to have discoverable information

regarding plaintiff's condition after the accident and circumstances surrounding the accident.

35. Allen Weinstein (NARA), Archivist of the U.S. Address and phone number unknown. This witness is likely to have discoverable information regarding circumstances surrounding the accident and safety efforts made after the accident.

36. Susan Lee-Bechtold (NARA). Address and phone number unknown. This witness is likely to have discoverable information regarding Grunley's contract with NARA and work performed by Grunley and safety efforts made after the accident.

37. Tracy Avant (NARA). Address and phone number unknown. This witness is likely to have discoverable information regarding circumstances surrounding the accident and safety efforts made after the accident.

38. Ngan Pham (NARA). Address and phone number unknown. This witness is likely to have discoverable information regarding circumstances surrounding the accident and safety efforts made after the accident.

## FRCP 26(a)(1)(A)(ii) – Documents

All discoverable documents within Plaintiff's possession have been produced to defendants at this time.

### FRCP 26(a)(1)(A)(iii) – Computation of Damages

All medical bills within Plaintiff's possession have been produced to defendants at this time. Computation of Plaintiff's lost future earnings will be calculated by a qualified vocational expert and produced to defendants.

                                                  Respectfully submitted,

                                                  _____
                                                Ron Simon (DC Bar #945238)
                                                SIMON & ASSOCIATES
                                                1707 N Street, N.W.
                                                Washington, D.C. 20036
                                                (202) 429-0094
                                                Counsel for the Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY COTTON )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GRUNLEY CONSTRUCTION CO., )<br>INC., et al. )<br>)<br>Defendants. ) | Case No. 1:07-cv-00971<br>Judge Reggie B. Walton |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that copies of Plaintiff's Initial Disclosures were sent first class mail this ____ day of May, 2008 to:

Paul Pearson, Esq.
Law Offices of Roger S. Mackey
14008 Park East Circle
Chantilly, VA 20151
*Attorney for Grunley Construction Co., Inc.*

Jacquelyn Kramer, Esq.
Law Offices of Guido Porcarelli
200 International Circle, Suite 1500
Hunt Valley, MD 21030
*Attorney for Singleton Elec. Co., Inc.*

Randell Hunt Norton, Esq.
Molly M. Ryan, Esq.
Thompson O'Donnell, LLP
1212 New York Ave., NW
Washington, DC 20005
*Attorneys For LB&B Associates*

Respectfully submitted,

_____
Ron Simon (DC Bar #945238)
SIMON & ASSOCIATES
1707 N Street, N.W.
Washington, D.C. 20036
(202) 429-0094
Counsel for the Plaintiff