UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CIVIL DIVISION

| | | |
|---|---|---|
| Nancy Cotton | * | |
| Plaintiff | * | Civil Action No. 1:07-cv-00971 |
| v. | * | The Honorable Judge Reggie B. Walton |
| Grunley Construction Co., Inc., et al. | * | |
| Defendants | * | |

### MOTION FOR LEAVE TO FILE CROSSCLAIM

Now comes the Defendant, Singleton Electric Company, Inc., by and through its attorneys Jacquelyn M. Kramer and the Law Offices of Guido Porcarelli, and pursuant to the Federal Rules of Civil Procedure 15(d), files this Motion for Leave to File Cross-Claim against Defendant, LB&B Associates, Inc., and in support states as follows:

1. On or about December 14, 2007, Plaintiff filed her Amended Complaint to include Defendant LB&B Associates, Inc.

2. On or about May 6, 2008, Defendant LB&B Associates, Inc., provided Responses to Plaintiff's Interrogatories and Response to Plaintiff's Request for Production of Documents.

3. Defendant LB&B Associates, Inc., has continued to supplement their responses to discovery.

4.      Defendant LB&B Associates, Inc., in it Answers to Plaintiff's Interrogatories, admits to having worked in the location where Plaintiff alleges she was injured, prior to the plaintiff's injury.

5.      Defendant LB&B Associates, Inc., in its Answers to Plaintiff's Interrogatories, admits to having corrected the wiring issue after Plaintiff's incident.

6.      The proposed Crossclaim is attached as Exhibit A.

WHEREFORE, Defendant, Singleton Electric Co., Inc., respectfully requests that this Honorable Court grant Defendant Singleton Electrict Co., Inc., leave to file the Crossclaim against Defendant LB&B Associates, Inc., pursuant to FRCP 13(e) and 13(g).

    /s/ Jacquelyn Kramer
Jacquelyn Kramer, Esquire
DC Federal # 11147
Law Offices of Guido Porcarelli
200 International Circle, Suite 1500
Hunt Valley, Maryland 21030
(410) 568-2874
Attorney for Defendant/Cross-Plaintiff
Singleton Electric Co. Inc.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this __22nd__ day of July, 2008, a copy of the foregoing Motion for Leave to File Crossclaim was sent, via electronic mail, to:

Ronald Simon, Esquire
Simon & Associates
1707 N Street, NW
Washington, DC  20036
202-429-0094
Attorney for Nancy Cotton

Paul Pearson, Esquire
Law Offices of Roger S. Mackey
14008 Park East Circle
Chantilly, VA  20151
Attorney for Grunley Construction Co., Inc.

Randell Hunt Norton, Esquire
Thompson O'Donnell, LLP
1212 New York Avenue, N.W.
Suite 1000
Washington, DC  20005
Attorney for LB&B Associates, Inc.


      /s/ Jacquelyn Kramer_____
      Jacquelyn Kramer, Esquire

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**CIVIL DIVISION**

| | | |
|---|---|---|
| Nancy Cotton | * | |
| Plaintiff | * | Civil Action No. 1:07-cv-00971 |
| v. | * | The Honorable Judge Reggie B. Walton |
| Grunley Construction Co., Inc., et al. | * | |
| Defendants | * | |

### CROSS-CLAIM

Now comes the Defendant/Cross-Plaintiff, Singleton Electric Company, Inc., by and through its attorneys Jacquelyn M. Kramer and the Law Offices of Guido Porcarelli, and brings this Cross-Claim against Defendant/Cross-Defendant, LB&B Associates, Inc., and for reasons states as follows:

1. That the Plaintiff has filed a Complaint in which she claims to have been injured and damaged as a result of the negligence of the Defendant, Singleton Electric Company, Inc., as is more particularly set forth in the Plaintiff's Complaint filed herein.

2. The Defendant and Cross-Plaintiff, Singleton Electric Company, Inc., has filed an Answer To Complaint denying that it was negligent or that it was otherwise liable to the Plaintiff.

3. Plaintiff's Complaint also alleges injuries and damages were sustained by the Plaintiff as a result of negligence and want of due care on the part of the defendant

and Cross-Defendant, LB&B Associates, Inc., These allegations are hereby incorporated by reference for the purposes of this Cross-Claim only.

4. Defendant and Cross-Plaintiff, Singleton Electric Company, denies that it was negligent and asserts that it is entitled to indemnification by Cross-Defendant pursuant to a contract between the parties, which is incorporated herein, by reference.

5. Defendant and Cross-Plaintiff, Singleton Electric Company, denies that it was negligent, but if it is found to have been negligent, it asserts that its negligence was passive, whereas the negligence of Cross-Defendant, LB&B Associates, Inc., was active, so that Singleton Electric Company is entitled to indemnification from Cross-Defendant, LB&B Associates, Inc.

6. In addition, in the event Defendant and Cross-Plaintiff, Singleton Electric Company is found to have been a joint tortfeasor with Cross-Defendant, LB&B Associates, Inc., then Defendant and Cross-Plaintiff, Singleton Electric Company, would be entitled to contribution from Cross-Defendant, LB&B Associates, Inc.

WHEREFORE, the Defendant and Cross-Plaintiff, Singleton Electric Company, Inc., claims that in the event there is a judgment rendered in favor of the Plaintiff against the Defendant and Cross-Plaintiff, Singleton Electric Company, Inc., that the Defendant and Cross-Plaintiff, Singleton Electric Company, Inc., demands judgment against Defendant and Cross-Defendant, LB&B Associates, Inc., for indemnification and/or contribution in the amount of, or *pro rata*, shares thereof, the judgment.

      /s/ Jacquelyn Kramer  
Jacquelyn Kramer, Esquire  
DC Federal # 11147  
Law Offices of Guido Porcarelli  
200 International Circle, Suite 1500  
Hunt Valley, Maryland 21030  
(410) 568-2874  
Attorney for Defendant/Cross-Plaintiff  
Singleton Electric Co. Inc.

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this __22nd__ day of July, 2008, a copy of the foregoing Cross-Claim was sent, via electronic mail, to:

Ronald Simon, Esquire  
Simon & Associates  
1707 N Street, NW  
Washington, DC 20036  
202-429-0094  
Attorney for Nancy Cotton

Paul Pearson, Esquire  
Law Offices of Roger S. Mackey  
14008 Park East Circle  
Chantilly, VA 20151  
Attorney for Grunley Construction Co., Inc.

Randell Hunt Norton, Esquire  
Thompson O'Donnell, LLP  
1212 New York Avenue, N.W.  
Suite 1000  
Washington, DC 20005  
Attorney for LB&B Associates, Inc.

      /s/ Jacquelyn Kramer  
Jacquelyn Kramer, Esquire

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**CIVIL DIVISION**

| | |
|---|---|
| Nancy Cotton | * |
| Plaintiff | *   Civil Action No. 1:07-cv-00971 |
| v. | *   The Honorable Judge Reggie B. Walton |
| Grunley Construction Co., Inc., et al. | * |
| Defendants | * |

## ORDER

THIS MATTER, having come before this Court pursuant to Defendant's Motion for Leave to File Crossclaim, and it being the opinion of this Court that the Motion is proper and should be granted,

IT IS HEREBY ORDERED, this _____ day of _____, 2008, that Defendant, Singleton Electric Company, Inc.'s Motion for Leave to File Crossclaim hereby is GRANTED.

_____
The Honorable Reggie B. Walton
U.S. District Court for the District of Columbia

Cc:   Molly M. Ryan, Esquire
   Jacquelyn Kramer, Esquire
   Ronald Simon, Esquire
   Paul Pearson, Esquire