UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
NANCY COTTON,                       )
                                    )
          Plaintiff,                )
                                    )
     v.                             )   Civil Action No. 07-971  (RBW)
                                    )
GRUNLEY CONSTRUCTION CO.,           )
INC., et al. ,                      )
                                    )
          Defendants.               )
_____ )
                                    )
SINGLETON ELECTRIC CO., INC.,       )
                                    )
          Cross-Claimant,           )
                                    )
     v.                             )
                                    )
GRUNLEY CONSTRUCTION CO.,           )
INC.,                               )
                                    )
          Cross-Defendant.          )
_____ )

**ORDER**

On July 22, 2008, Singleton Electric Company, Inc. ("Singleton"), one of the defendants in this civil lawsuit, filed a motion seeking leave to file a cross-claim against one of its co-defendants, LB&B Associates, Inc. Motion for Leave to File Cross[-C]laim at 1. Under this Court's local rules, and taking into account the three additional days afforded by Federal Rule of Civil Procedure 6(d) for motions served by mail, the plaintiff's opposition to the defendants' motion was due on or before August 5, 2008. See Local Civ. R. 7(b) (providing that the Court may "treat as conceded" a motion to which no opposition is filed "[w]ithin 11 days of the date of service" of that motion). That deadline has passed, yet no opposition has been filed. The Court

2

will therefore deem Singleton's motion to be conceded and will grant the motion as a consequence.

Accordingly, it is

**ORDERED** that Singleton's motion is **GRANTED**.  It is further

**ORDERED** that the Clerk of the Court shall docket Exhibit A to Singleton's motion as a separate cross-claim in this case and amend the caption of the case to reflect this new cross-claim.

**SO ORDERED** this 6th day of August, 2008.

                                    REGGIE B. WALTON
                                    United States District Judge

2