UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CIVIL DIVISION

| | | |
|---|---|---|
| Nancy Cotton | * | |
| Plaintiff | * | Civil Action No. 1:07-cv-00971 |
| v. | * | The Honorable Judge Reggie B. Walton |
| Grunley Construction Co., Inc., et al. | * | |
| Defendants | * | |

**CROSS-CLAIM**

Now comes the Defendant/Cross-Plaintiff, Singleton Electric Company, Inc., by and through its attorneys Jacquelyn M. Kramer and the Law Offices of Guido Porcarelli, and brings this Cross-Claim against Defendant/Cross-Defendant, LB&B Associates, Inc., and for reasons states as follows:

1. That the Plaintiff has filed a Complaint in which she claims to have been injured and damaged as a result of the negligence of the Defendant, Singleton Electric Company, Inc., as is more particularly set forth in the Plaintiff's Complaint filed herein.

2. The Defendant and Cross-Plaintiff, Singleton Electric Company, Inc., has filed an Answer To Complaint denying that it was negligent or that it was otherwise liable to the Plaintiff.

3. Plaintiff's Complaint also alleges injuries and damages were sustained by the Plaintiff as a result of negligence and want of due care on the part of the defendant

and Cross-Defendant, LB&B Associates, Inc.,  These allegations are hereby incorporated by reference for the purposes of this Cross-Claim only.

4.     Defendant and Cross-Plaintiff, Singleton Electric Company, denies that it was negligent and asserts that it is entitled to indemnification by Cross-Defendant pursuant to a contract between the parties, which is incorporated herein, by reference.

5.     Defendant and Cross-Plaintiff, Singleton Electric Company, denies that it was negligent, but if it is found to have been negligent, it asserts that its negligence was passive, whereas the negligence of Cross-Defendant, LB&B Associates, Inc., was active, so that Singleton Electric Company is entitled to indemnification from Cross-Defendant, LB&B Associates, Inc.

6.     In addition, in the event Defendant and Cross-Plaintiff, Singleton Electric Company is found to have been a joint tortfeasor with Cross-Defendant, LB&B Associates, Inc., then Defendant and Cross-Plaintiff, Singleton Electric Company, would be entitled to contribution from Cross-Defendant, LB&B Associates, Inc.

WHEREFORE, the Defendant and Cross-Plaintiff, Singleton Electric Company, Inc., claims that in the event there is a judgment rendered in favor of the Plaintiff against the Defendant and Cross-Plaintiff, Singleton Electric Company, Inc., that the Defendant and Cross-Plaintiff, Singleton Electric Company, Inc., demands judgment against Defendant and Cross-Defendant, LB&B Associates, Inc., for indemnification and/or contribution in the amount of, or *pro rata*, shares thereof, the judgment.

      /s/ Jacquelyn Kramer_____
Jacquelyn Kramer, Esquire
DC Federal # 11147
Law Offices of Guido Porcarelli
200 International Circle, Suite 1500
Hunt Valley, Maryland 21030
(410) 568-2874
Attorney for Defendant/Cross-Plaintiff
Singleton Electric Co. Inc.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this __22nd__ day of July, 2008, a copy of the foregoing Cross-Claim was sent, via electronic mail, to:

Ronald Simon, Esquire
Simon & Associates
1707 N Street, NW
Washington, DC  20036
202-429-0094
Attorney for Nancy Cotton

Paul Pearson, Esquire
Law Offices of Roger S. Mackey
14008 Park East Circle
Chantilly, VA  20151
Attorney for Grunley Construction Co., Inc.

Randell Hunt Norton, Esquire
Thompson O'Donnell, LLP
1212 New York Avenue, N.W.
Suite 1000
Washington, DC  20005
Attorney for LB&B Associates, Inc.

      /s/ Jacquelyn Kramer_____
Jacquelyn Kramer, Esquire