## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NANCY COTTON | : | |
| Plaintiff, | : | Case No. 1:07-cv-00971<br>Judge Reggie B. Walton |
| v. | : | |
| GRUNLEY CONSTRUCTION CO.,<br>INC., et al. | : | |
| Defendants. | : | |

## ANSWER TO CROSS-CLAIM

Defendant LB&B Associates Inc., by and through counsel, answers Singleton's cross-claim as follows:

### First Affirmative Defense

The cross-claim fails to state a claim upon which relief can be granted.

### Second Affirmative Defense

Responding to the specific allegations of the cross-claim, defendant states:

1. In answering paragraph 1, defendant admits the allegation.

2. In answering paragraph 2, defendant admits the allegation.

3. In answering paragraph 3, defendant admits that plaintiff's Amended Complaint alleges negligence against this answering defendant.

4. In answering paragraph 4, defendant denies that that there is or was any contract between Singleton and this answering defendant; defendant denies that Singleton is entitled to indemnification from this answering defendant.

5. In answering paragraph 5, defendant denies the allegations.

6. In answering paragraph 6, defendant denies the allegations.

### Third Affirmative Defense

The cross-claim is barred by the applicable statutes of limitations.

### Fourth Affirmative Defense

The cross-claim is barred by the doctrines of laches, waiver, and estoppel.

### Fifth Affirmative Defense

Pleading hypothetically at this time, the cross-claim is barred by Singleton's own sole, active, primary, and/or contributory negligent acts and/or omissions.

### Sixth Affirmative Defense

Pleading hypothetically at this time, the cross-claim is barred by Singleton's assumption of the risk.

### Seventh Affirmative Defense

Singleton's damages, if any, were the result of acts and/or omissions of others for which this defendant is not responsible.

### Eighth Affirmative Defense

Pleading hypothetically at this time, Singleton failed to mitigate the damages, if any, alleged in the cross-claim, and said conduct was the sole and proximate cause of the alleged damages.

WHEREFORE, defendant LB&B Associates Inc. prays that the cross-claim be dismissed, with costs assessed against Singleton.

Respectfully submitted,

THOMPSON O'DONNELL, LLP

/s/ Molly M. Ryan_____
Randell Hunt Norton #187716
Molly M. Ryan #974514
1212 New York Ave., N.W.
Suite 1000
Washington, D.C. 20005
202.289.1133
202.289.0275 (Facsimile)
rhn@tomnh.com
mmr@tomnh.com

*Counsel for LB&B Associates Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing **Answer to Cross-Claim** was sent via electronic service on the  26th  day of August 2008, to:

Ronald Simon
Simon & Associates
1707 N St. N.W.
Washington, DC 20036
*Counsel for plaintiff*

Jacquelyn M. Kramer
Law Offices of Guido Porcarelli
200 International Circle
Suite 1500
Hunt Valley, MD 21030
*Counsel for Singleton Electric Co., Inc.*

Paul R. Pearson
Law Offices of Roger S. Mackey
14008 Parkeast Circle
Chantilly, VA 20151-2225
*Counsel for Grunley Construction Co., Inc.*

/s/ Molly M. Ryan_____
Molly M. Ryan