UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY COTTON | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:07-cv-00971 |
| v. | ) Judge Reggie B. Walton |
| | ) |
| GRUNLEY CONSTRUCTION CO., | ) |
| INC., et al. | ) |
| | ) |
| Defendants. | ) |

**CONSENT MOTION**
**FOR CLARIFICATION/MODIFICATION OF SCHEDULING ORDER**

**COMES NOW**, your Defendant, Grunley Construction Co., Inc., by and through counsel, and with consent of all parties and moves this Honorable Court for clarification or modification of the Scheduling Order docketed on April 16, 2008 and as grounds therefore states the following:

1. A Minute Entry entered on April 16, 2008 recites the proceedings held before the court on April 15, 2008 and states: "Opponent expert due by 8/29/2008, Proponent expert due by 9/26/2008".

2. The Scheduling Order entered the same date states: "The parties shall designate any expert witnesses (excepting rebuttal witnesses) on or before August 29, 2008. The parties shall designate any rebuttal witnesses on or before September 26, 2008."

3. The recollection of counsel for all parties is that the Minute Entry accurately reflects the scheduling of the designation of expert witnesses with Plaintiff to designate

Case No. 1:07-cv-00971

her experts on or before August 29, 2008 and Defendants to designate their experts on or before September 26, 2008. However, the Scheduling Order specifies that "The parties" are to designate expert witnesses on or before August 29, 2008 with 'rebuttal witnesses' to be designated by September 26, 3008.

WHEREFORE, the parties respectfully request clarification of this apparent discrepancy and would ask the Court to modify or clarify the Scheduling Order to reflect that Plaintiff's expert designation is due on or before August 29, 2008 and Defendants' expert designation is due on or before September 26, 2008.

Respectfully Submitted,
Grunley Construction Co., Inc.
By counsel:

/s/ Paul R. Pearson, Esquire
Paul R. Pearson, Esquire
D.C. Bar No. 386823
Law Offices of Roger S. Mackey
14008 Parkeast Circle
Chantilly, VA 20151
(703) 818-6925
(703) 818-6931 (facsimile)
Paul.R.Pearson@travelers.com
Counsel for Grunley Construction Co., Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Motion was served electronically through the United States District Court for the District of Columbia and by first class mail this 28th day of August, 2008 to:

Ronald Simon, Esquire
Simon & Associates
1707 N Street, N.W.
Washington, D.C. 20036
Counsel for Plaintiff

Jacquelyn Kramer, Esquire
Law Offices of Guido Porcarelli
200 International Circle, Suite 1500
Hunt Valley, MD 21030
Counsel for Singleton Electric Co., Inc.

Molly M. Ryan, Esquire
Thompson O'Donnell, LLP
1212 New York Avenue, N.W., Suite 1000
Washington, D.C. 20005
Counsel for LB&B Associates, Inc.

/s/ Paul R. Pearson, Esquire
Paul R. Pearson, Esquire

Case No. 1:07-cv-00971

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY COTTON | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:07-cv-00971 |
| v. | ) Judge Reggie B. Walton |
| | ) |
| GRUNLEY CONSTRUCTION CO., | ) |
| INC., et al. | ) |
| | ) |
| Defendants. | ) |

### ORDER

The Scheduling Order in this Court is hereby modified as follows:

1. Plaintiff shall designate her expert witnesses on or before August 29, 2008 and Defendants' shall designate their expert witnesses on or before September 26, 2008.

2. All other dates contained in this Court's Scheduling Order shall remain in effect.

ENTERED this ____ day of _____, 2008.

_____
Reggie B. Walton
United States District Court for the District of Columbia

Copies:

Paul R. Pearson, Esquire
D.C. Bar No. 386823
Law Offices of Roger S. Mackey
14008 Parkeast Circle
Chantilly, VA 20151
Counsel for Grunley Construction Co., Inc.

*Case No. 1:07-cv-00971*

Ronald Simon, Esquire
Simon & Associates
1707 N Street, N.W.
Washington, D.C. 20036
Counsel for Plaintiff

Jacquelyn Kramer, Esquire
Law Offices of Guido Porcarelli
200 International Circle, Suite 1500
Hunt Valley, MD 21030
Counsel for Singleton Electric Co., Inc.

Molly M. Ryan, Esquire
Thompson O'Donnell, LLP
1212 New York Avenue, N.W., Suite 1000
Washington, D.C. 20005
Counsel for LB&B Associates, Inc.