UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY COTTON | ) |
| Plaintiff, | ) ) ) ) Case No. 1:07-cv-00971 |
| v. | ) Judge Reggie B. Walton ) |
| GRUNLEY CONSTRUCTION CO., INC., et al. | ) ) ) |
| Defendants. | ) |

## GRUNLEY CONSTRUCTION CO., INC.'S
## MOTION FOR LEAVE TO FILE CROSSCLAIM

**COMES NOW**, your Defendant, Grunley Construction Co., Inc., by and through counsel, and pursuant to Rules 13(a)(2)(g) and Rule 15(d) of the Federal Rules of Civil Procedure moves the Court for entry of an order allowing it to file a Crossclaim against Defendant Singleton Electric Company, Inc, and in support thereof states as follows:

1. FRCP 13(a)(2) (g) provides that a Crossclaim may be filed against a coparty:

> If the claim arises out of the transaction or occurrence that is the subject matter of the original action or of a counterclaim, or if the claim relates to any property that is the subject matter of the original action. The crossclaim may include a claim that the coparty is or may be liable to the cross-claimant for all or part of a claim asserted in the action against the cross-claimant.

2. Recent depositions of the parties have revealed facts which were not known when Grunley Construction Co., inc. filed its Answer from which a reasonable fact finder could determine that Singleton Electric Company, Inc. is liable to Grunley Construction Co., Inc. for all or part of the claim asserted in the Amended Complaint.

3. A proposed Cross-Claim is filed herewith.

*Case No. 1:07-cv-00971*

WHEREFORE Grunley Construction Company, Inc. prays for entry of an Order allowing it to file its Cross-Claim.

        Respectfully Submitted,
        Grunley Construction Co., Inc.
        By counsel

        /s/ Paul R. Pearson, Esquire
        Paul R. Pearson, Esquire
        D.C. Bar No. 386823
        Law Offices of Roger S. Mackey
        14008 Parkeast Circle
        Chantilly, VA 20151
        (703) 818-6925
        (703) 818-6931 (facsimile)
        Paul.R.Pearson@travelers.com
        Counsel for Grunley Construction Co., Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Motion was served electronically through the United States District Court for the District of Columbia and by first class mail this 28th day of August, 2008 to:

Ronald Simon, Esquire
Simon & Associates
1707 N Street, N.W.
Washington, D.C. 20036
Counsel for Plaintiff

Jacquelyn Kramer, Esquire
Law Offices of Guido Porcarelli
200 International Circle, Suite 1500
Hunt Valley, MD 21030
Counsel for Singleton Electric Co., Inc.

Molly M. Ryan, Esquire
Thompson O'Donnell, LLP
1212 New York Avenue, N.W., Suite 1000
Washington, D.C. 20005
Counsel for LB&B Associates, Inc.

        /s/ Paul R. Pearson, Esquire
        Paul R. Pearson, Esquire

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY COTTON )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GRUNLEY CONSTRUCTION CO., )<br>INC., et al. )<br>)<br>Defendants. ) | Case No. 1:07-cv-00971<br>Judge Reggie B. Walton |

### ORDER

**THIS MATTER** having come before the Court pursuant to Grunley Construction Co., Inc.'s Motion for Leave to File Cross-Claim, and the Motion and any opposition thereto having been considered, it is hereby

ORDERED that the Motion is granted. The Cross-Claim of Grunley Construction Co., Inc. against Singleton Electric Company, Inc., which accompanied the Motion, is hereby deemed filed as of the date of entry of this Order.

DATED this ____ day of _____ 2008.

_____
Reggie B. Walton, Judge

cc:

Ronald Simon, Esquire
Simon & Associates
1707 N Street, N.W.
Washington, D.C. 20036
Counsel for Plaintiff

Paul R. Pearson, Esquire
Law Offices of Roger S. Mackey
14008 Parkeast Circle
Chantilly, VA 20151
Counsel for Grunley Construction Co.

Jacqueline Kramer, Esquire
Law Offices of Guido Porcarelli
200 International Circle, Suite 1500
Hunt Valley, MD 21030
Counsel for Singleton Electric Co., Inc.

Molly M. Ryan, Esquire
Thompson O'Donnell, LLP
1212 New York Avenue, N.W., Suite 1000
Washington, D.C. 20005
Counsel for LB&B Associates, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY COTTON )<br><br>    Plaintiff, )<br>    )<br>v. )<br>    )<br>GRUNLEY CONSTRUCTION CO., )<br>INC., et al. )<br>    )<br>    Defendants. ) | Case No. 1:07-cv-00971<br>Judge Reggie B. Walton |

## GRUNLEY CONSTRUCTION CO., INC.'S
## CROSS-CLAIM AGAINST SINGLETON ELECTRIC COMPANY, INC.

**COMES NOW**, your Defendant, Grunley Construction Co., Inc., ("Grunley") by and through counsel, and cross-claims against Defendant Singleton Electric Company, inc. ("Singleton") as follows:

1. Plaintiff has filed a Complaint seeking damages for personal injury resulting from the alleged negligence of Grunley as set out more fully in said Complaint.

2. Grunley has filed an Answer denying the allegations made against it in the Complaint and denying that it was negligent or is otherwise liable to Plaintiff.

3. Plaintiff's Complaint also alleges that she was injured as the result of negligence on the part of this Defendant and Cross-Claim Defendant Singleton as more fully set forth in the Complaint.

4. Grunley denies that it was negligent and asserts that it is entitled to indemnification from Singleton pursuant to a contract between the parties.

*Case No. 1:07-cv-00971*

5.  Grunley asserts that if it is found to have been negligent, its negligence was passive whereas the negligence of Cross-Claim Defendant Singleton was active. Therefore, Grunley is entitled to indemnification from Singleton.

6.  In the event Grunley and Singleton are found to have been joint tortfeasors with regard to Plaintiff's Complaint, Grunley is entitled to contribution from Singleton.

WHEREFORE, Grunley Construction Company, Inc. prays that in the event a judgment is rendered against it in favor of Plaintiff, that it be awarded judgment against Defendant and Cross-Claim Defendant Singleton Electric Company, inc. for indemnification and/or contribution in the amount of the judgment or a *pro rate* share thereof.

Respectfully Submitted,
Grunley Construction Co., Inc.
By counsel:

/S/ Paul R. Pearson, Esquire
Paul R. Pearson, Esquire
D.C. Bar No. 386823
Law Offices of Roger S. Mackey
14008 Parkeast Circle
Chantilly, VA 20151
(703) 818-6925
(703) 818-6931 (facsimile)
Paul.R.Pearson@travelers.com
Counsel for Grunley Construction Co., Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Cross-Claim was served electronically through the United States District Court for the District of Columbia and mailed, this 28th day of August, 2008 to:

Ronald Simon, Esquire
Simon & Associates
1707 N Street, N.W.
Washington, D.C. 20036
Counsel for Plaintiff

Jacquelyn Kramer, Esquire
Law Offices of Guido Porcarelli
200 International Circle, Suite 1500
Hunt Valley, MD 21030
Counsel for Singleton Electric Co., Inc.

Molly M. Ryan, Esquire
Thompson O'Donnell, LLP
1212 New York Avenue, N.W., Suite 1000
Washington, D.C. 20005
Counsel for LB&B Associates, Inc.

/S/ Paul R. Pearson, Esquire
Paul R. Pearson, Esquire